UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FEREIDOUN KHALILIAN,

Defendant.

Case No.:

**2: 23-CR-00222-RFB-NJK**

### <u>DECLARATION OF SARA VARGAS</u>

I, <u>Sara Vargas</u>, declare as follows:

1.  I am a Special Assistant United States Attorney Special assigned to <u>United States v. Khalilian</u>, CR No. 23-CR-00222-RFB-NJK.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.  Based on my discussions with Assistant United States Attorney Robert Knief, who was present at Mr. Khalilian's post-indictment arraignment on November 28, 2023, and from the context of my discussions with Deputy Federal Public Defender Jonathan Aminoff, of the Central District of California, I understand that Mr. Khalilian requested to defer his detention hearing to a later date, when his previously appointed counsel, Deputy Federal Public Defenders Jonathan Aminoff and Adam Olin, were authorized to appear in the District of Nevada.

3.  Attached hereto as Exhibit A is a true and correct copy of a recording from March 8, 2023 containing defendant's voice.

4.  Attached hereto as Exhibit B is a true and correct copy of a recording from March 8, 2023 containing defendant's voice.

1

5.   I have reviewed a file called "_chat," produced to the defense as Bates numbers USAO_002765-69.  In that chat transcript between Mr. Khalilian and Michael Sherwood, defendant wrote on March 11, 2023, at 1:53:26 p.m., "He just canceled the rest of. Y [*sic*] credit cards I have to go meet a friend in Paris and borrow money."

6.   Attached hereto as Exhibit C is a true and correct copy of a photograph depicting a WhatsApp message that defendant sent to Mr. Sherwood on March 9, 2023, produced as Bates number USAO_002658.

7.   Attached hereto as Exhibit D is a true and correct copy of a photograph depicting a WhatsApp call log between Mr. Khalilian and Mr. Sherwood on March 16, 2023.

8.   Attached hereto as Exhibit E is a true and correct copy of a WhatsApp conversation between Mr. Khalilian and Mr. Sherwood on March 16, 2023.

9.   Attached hereto as Exhibit F is a true and correct copy of a WhatsApp conversation between Mr. Khalilian and Mr. Sherwood on March 17, 2023, produced as Bates number USAO_002674.

10. Attached hereto as Exhibits G and H are true and correct copies of records showing CashApp payments Mr. Khalilian sent to Mr. Sherwood on March 17, 2023.

11. Attached hereto as Exhibit I is a true and correct copy of a recording from March 23, 2023 containing Mr. Khalilian's voice.

12. Attached hereto as Exhibit J is a true and correct copy of a receipt showing a Zelle payment from Mr. Khalilian's company on March 23, 2023.

13. Attached hereto as Exhibit K is a true and correct copy of a recording from March 28, 2023 containing Mr. Khalilian's voice.

14. Attached hereto as Exhibit L is a true and correct copy of a recording from June 21, 2023 containing Mr. Khalilian's voice.

15. Attached hereto as Exhibit M is a true and correct copy of a recording from June 21, 2023 containing Mr. Khalilian's likeness and voice.

16. Based on my discussions with FBI Special Agent Ramel Moore, I know that Mr. Khalilian had two SIM cards on one of the phones seized at his arrest.  On the SIM card for the phone number Mr. Khalilian used (ending in -6161), Mr. Khalilian's WhatsApp conversations with Mr. Sherwood had been erased.  On the SIM card for the other number on that same cell phone (ending in -9305), Mr. Khalilian's WhatsApp conversations still existed.

17. Attached hereto as Exhibit N is a true and correct copy of a recording of a conversation between Mr. Sherwood and Tyson James.

18. Attached hereto as Exhibit O is a true and correct copy of a recording of a conversation between Mr. Sherwood, Mr. James, and Homayun Khalilian.

19. Attached hereto as Exhibit P is a true and correct copy of a recording of a conversation between Mr. Sherwood, Mr. James, and an FBI Undercover Agent.

20. Attached hereto as Exhibit Q is a true and correct copy of a recording of a conversation between Mr. Khalilian and Michael Halperin.  The relevant discussion begins at approximately 6:56.

21. Attached hereto as Exhibits R, S, T, U, V, and W are excerpts from the Cellebrite download of one of the cell phones seized at Mr. Khalilian's arrest and searched pursuant to a federal warrant.

22.     I have viewed an approximately ten-minute sizzle reel containing excerpts of interviews of former associates and employees of defendant.  In that recording, which was produced to the defense as USAO_005592, I am aware of the following about the recording:

a.     Noel Lee, founder and president of Monster Products Inc., said that defendant said there was a woman "who accused him of rape that ended up in a box in a bunch of

1  pieces."

2     b.     Myles Kennedy, defendant's former employee, recalled defendant saying "he had

3  hired three men to intimidate her and that's all they were supposed to do according to him but

4  apparently when they went to intimidate her, she cut one of them with a knife and they ended

5  up killing her and cutting up the pieces, according to Fred.  And then Fred claimed to have

6  been interviewed by the FBI about this because the order didn't come from him so therefore, it

7  had nothing to do with him."

8     23.     Attached as Exhibit X is a true and correct copy of Notice of Court Hearing,

9  Temporary Restraining Order, and witness statements, filed on or about July 27, 2018.

10     24.     Attached as Exhibit Y are true and correct copies of WhatsApp messages that

11  defendant and his staff exchanged on or about May 23 and 24, 2023.

12     I declare under penalty of perjury under the laws of the United States of America that

13  the foregoing is true and correct and that this declaration is executed at Los Angeles,

14  California, on December 19, 2023.

15

16

17     SARA VARGAS

18

19

20

21

22

23

24

# Exhibit A

# Audio File



# Exhibit B

# Audio File



# Exhibit C



GOVERNMENT
EXHIBIT
C

# Exhibit D



GOVERNMENT
EXHIBIT
D

# Exhibit E



GOVERNMENT
EXHIBIT
E

# Exhibit F



USAO_002674

# Exhibit G

◀ Cash App

🔒 cash.app



## Prince Fred Khalifa

Payment from $PrinceFredKhalifa

# $3,000.00

For my guys.
Friday at 3:39 PM



**Received**

| | |
|---|---|
| Amount | $3,000.00 |
| Destination | Cash |
| Identifier | #DKHQP2F |
| To | Michael Sherwood |
| From | Prince Fred Khalifa |

GOVERNMENT EXHIBIT G

Block, Inc.

# Exhibit H



## Prince Fred Khalifa

Payment from $PrinceFredKhalifa

# $3,500.00

Friday at 9:31 PM



**Received**

| | |
|---|---|
| Amount | $3,500.00 |
| Destination | Cash |
| Identifier | #70GQEKD |
| To | Michael Sherwood |
| From | Prince Fred Khalifa |

GOVERNMENT EXHIBIT

H

# Exhibit I

EXHIBIT 3-A
Recording: ZOOM0007.MP3
Timestamps: 1:29-2:12
Date: March 23, 2023, 10:27 a.m.
Participants:   Michael Sherwood ("SHERWOOD")
                Fereidoun Khalilian ("DEFENDANT")

| SPEAKER | TRANSCRIPTION |
|---|---|
| SHERWOOD | Hey, those guys, the ones we sent the first payment to, for Juan's, like, you know, Juan's thing.  The ones that took out Juan. Basically, so they got rid of his body, you know, the ones that killed him. They basically, they're asking for another thousand. So, I'm wondering if you would—that account for right now, the one that I sent you— |
| DEFENDANT | No problem. |
| SHERWOOD | Can you send me— |
| DEFENDANT | Do it through CashApp or through Zelle? |
| SHERWOOD | If you could Zelle the account I sent you yesterday, I'm just going to take it out of the business account so it doesn't look weird. And I'm gonna give it to them so we can just be done with them. |
| DEFENDANT | How much you want me to send? |
| SHERWOOD | If you could just send them a thousand, each. There was only three of them. |
| DEFENDANT | Ok I'll send it right now. |

GOVERNMENT
EXHIBIT

I

**Exhibit 3-A**
**Page 1 of 1**

# Exhibit J



 Business Checking - 4982

## Transaction Details

**ZELLE CREDIT**
**PAY ID BACic4muqdok ORG ID BAC NAME HOLLYWOO**

**Amount**
$4,000.00
Posted

**Posted On**
Mar 23, 2023

**Transaction Type**
Deposit

**Notice:** Account activity is provided for your information only and is subject to revisions. It is not a substitute for your periodic statement, which is the official record of your account.



GOVERNMENT
EXHIBIT

J



**USAO_003586**

# Exhibit K

# AUDIO FILE



# Exhibit L

# AUDIO FILE



# Exhibit M

# AUDIO FILE



# Exhibit N

# AUDIO FILE



# Exhibit O

# AUDIO FILE



# Exhibit P

# AUDIO FILE



# Exhibit Q

# AUDIO FILE



# Exhibit R

From: 14243026161@s.whatsapp.net Fbi International

Check on the status see how they're doing with the couch with the rocks before I get on the phone. Ask him if he has a temporary U-shaped college that we can use for tomorrow night the generals coming here for dinner I'm embarrassed.

**Status:** Read

**Platform:** Mobile

5/31/2023 7:24:07 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29FDE2A (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x328BE (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

my lord, can we call him now?

**Status:** Read

**Platform:** Mobile

5/31/2023 7:54:24 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x29FEF94 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 14243026161@s.whatsapp.net Fbi International

Any update first?

**Status:** Read

**Platform:** Mobile

5/31/2023 7:56:32 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x29FEF01 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x328BE (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

my lord at the moment they do not have some furniture that they are ready to send him but they could send him their own furniture and send them even right now and I will be you would have dinner with the general and the furniture they would pick up again on Friday morning That is the option they have at the moment since they do not have more furniture available

**Status:** Read

**Platform:** Mobile

5/31/2023 7:58:43 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29FEBD2 (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)



GOVERNMENT
EXHIBIT

R

From: System Message System Message

Prince Fred K. (16504073547@s.whatsapp.net owner) started a video call

**Platform:** Mobile

**Label:** System

5/31/2023 8:02:42 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29FEA69
(Table: ZWAMESSAGE; Size: 84033536 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573134898040@s.whatsapp.net Julio Salazar
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medellin Security D
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 14243026161@s.whatsapp.net Fbi International
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director

Mauricio get some leads from him of some furniture stores that you can go to that I can buy temporary furniture have a delivered tonight or tomorrow morning and then when I'm done using it either use it in my new office or somewhere else are you gonna need a U-shaped couch or a couch sofa, and a chair just to make it a nice area something classic so go to several furniture stores, see if anything catches your eyes that I would like

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573134898040@s.whatsapp.net Julio Salazar | 5/31/2023 8:07:37 PM(UTC+0) | 5/31/2023 8:45:44 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 5/31/2023 8:07:38 PM(UTC+0) | 5/31/2023 8:07:44 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 5/31/2023 8:07:38 PM(UTC+0) | 5/31/2023 8:09:34 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 5/31/2023 8:07:38 PM(UTC+0) | 5/31/2023 8:08:33 PM(UTC+0) | |
| 14243026161@s.whatsapp.net Fbi International | 5/31/2023 8:07:39 PM(UTC+0) | 5/31/2023 8:07:45 PM(UTC+0) | |
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 5/31/2023 8:07:38 PM(UTC+0) | 5/31/2023 8:10:37 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

5/31/2023 8:07:36 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29FE80D (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.pl
ist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table:
ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

ok sir, i'll look

**Status:** Read

**Platform:** Mobile

5/31/2023 8:09:30 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x29FE52B (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

# Exhibit S

From: 5730540043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

Yes sir

**Status:** Read

**Platform:** Mobile

5/19/2023 4:29:04 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x296D8BE (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 14243026161@s.whatsapp.net Fbi International

Take all the guys to Zara in Santafé mall get one of the managers to help you tell them it's for Prince Khalifa's Diplomatic Police team get everyone 3 suits 5 new shirts ties and I will be there

**Status:** Read

**Platform:** Mobile

5/19/2023 6:08:51 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2970411 (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x328BE (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 5730540043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

Ok sir

**Status:** Read

**Platform:** Mobile

5/19/2023 6:09:22 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x29702E3 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 5730540043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

My lord, we are in Zara, but they are very short of stock and sizes, I don't know if we could better go to the Arturo Calle store to see if there are more options, do you authorize us?

**Status:** Read

**Platform:** Mobile

5/19/2023 7:11:21 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x297126E (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

GOVERNMENT EXHIBIT

S

# Exhibit T

| | | |
|---|---|---|
| | | +0) |
| 573054043996@s.whats app.net Mauricio Pine/ Medellin Security Director | 5/23/2023 5:44:20 PM(UTC+0) | 5/23/202 3 5:44:28 PM(UTC +0) |
| 573173698994@s.whats app.net Nelson Vasqus/Medelin Security D | 5/23/2023 5:44:18 PM(UTC+0) | 5/23/202 3 5:44:23 PM(UTC +0) |
| 573003105943@s.whats app.net Veronica Gaviria New Security Medellin | 5/23/2023 5:44:18 PM(UTC+0) | 5/23/202 3 5:44:25 PM(UTC +0) |
| 14243026161@s.whatsa pp.net Fbi International | 5/23/2023 5:44:20 PM(UTC+0) | 5/23/202 3 6:33:40 PM(UTC +0) |
| 573195878661@s.whats app.net Fabián Galeano/ Medellin Asst Security Director | 5/23/2023 5:44:19 PM(UTC+0) | 5/23/202 3 5:45:14 PM(UTC +0) |

**Status:** Read

**Platform:** Mobile

5/23/2023 5:44:17 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x29A1238 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pref
erences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlit
e : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

---

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

Mi señor ya iniciaron los trabajos en ambos carros, a la range le están instalando las luces
federales y al mercedez le están quitando los polarizados, luego limpiaran con máquina los
vidrios para dejarlo completamente limpios antes de instalar los nuevos polarizados y lo
entregaran a las 4:30 para llevarlo al lavadero a encerar y brillar la pintura

**Status:** Read

**Platform:** Mobile

5/23/2023 5:48:03 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29A25D1 (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

---

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

My lord, work has already started on both cars, the federal lights are being installed on the
range and the tinted ones are being removed from Mercedes, then they will clean the
windows with a machine to leave it completely clean before installing the new tinted ones
and they will deliver it at 4 o'clock :30 to take it to the laundry room to wax and shine the
paint

**Status:** Read

**Platform:** Mobile

5/23/2023 5:48:38 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29A25D4 (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

GOVERNMENT
EXHIBIT
T

# Exhibit U

Details:

Group photos:



**Name:** Medellin Diplomatic, Security Team Part 2
**Start Time:** 4/21/2023 4:56:56 PM(UTC+0)
**Last Activity:** 6/20/2023 10:14:34 PM(UTC+0)
**Number of attachments:** 348
**Source:** WhatsApp
**Account:** 16504073547@s.whatsapp.net
**Source file:** iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8C9B8 (Table: ZWACHATSESSION, ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Media/Profile/120363146137425770-1682096789.jpg : 0x0 (Size: 21053 bytes)
**Body file:** chat-2.txt

Participants:

573054043996@s.whatsapp.net
Mauricio Pine/ Medellin Security Director



573173698994@s.whatsapp.net
Nelson Vasqus/Medelin Security D

14243026161@s.whatsapp.net
Fbi International



16504073547@s.whatsapp.net
Prince Fred K. (owner) (admin)

573195878661@s.whatsapp.net
Fabián Galeano/ Medellin Asst Security Director



573003105943@s.whatsapp.net
Veronica Gaviria New Security Medellin

573134898040@s.whatsapp.net
Julio Salazar



**Identifier:** 120363146137425770@g.us

From: System Message System Message

Prince Fred K. (16504073547@s.whatsapp.net owner) created the group "Medellin Diplomatic, Security Team Part 2"

**Platform:** Mobile
**Label:** System

4/21/2023 4:56:56 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x283FF7E (Table: ZWAMESSAGE; Size: 84033536 bytes)

**GOVERNMENT EXHIBIT U**

387

# Exhibit V

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573134898040@s.whatsapp.net Julio Salazar

Read all headlines & learn whom they are internationally not just USA

https://www.google.com/search?q=diplomatic+security+service+international&client=safari&
bih=526&biw=314&hl=en-
US&ei=K8hCZNvNKcCykvQP6LOT6AE&oq=diplomatic+security+service+internat&gs_lcp=
ChNtb2JpbGUtZ3dzLXdpei1zZXJwEAEYADIHCCEQoAEQCjIHCCEQoAEQCjIHCCEQoAE
QCjIICCEQFhAeEB06CggAEEcQ1gQQsAM6AggpOgglABCKBRCGAzoFCCEQoAE6BAgh
EBU6CAgAEIAEEMkDOgYIABAWEB46BQgAEIAESgQlQRgAUN4PWKFWYMBfaAFwAHg
AgAHvAYgBByAySAQYwLjExExLjGYAQCgAQHIAQjAAQE&sclient=mobile-gws-wiz-serp

**Attachments:**



Title:  diplomatic security service international - Google Search
Size: 2847
Path:
https://www.google.com/knowledgegraphshares?q=diplomatic+security+service+international&client=safari&bih=526&biw=314&hl=en-
US&ei=K8hCZNvNKcCykvQP6LOT6AE&oq=diplomatic+security+service+internat&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZXJwEAEYADI
HCCEQoAEQCjIHCCEQoAEQCjIHCCEQoAEQCjIICCEQFhAeEB06CggAEEcQ1gQQsAM6AggpOgglABCKBRCGAzoFCCEQoAE6BA
ghEBU6CAgAEIAEEMkDOgYIABAWEB46BQgAEIAESgQlQRgAUN4PWKFWYMBfaAFwAHgAgAHvAYgBByAySAQYwLjExExLjGYAQCgA
QHIAQjAAQE&sclient=mobile-gws-wiz-serp

URL

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:31:43 PM(UTC+0) | 4/21/2023 5:32:19 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:31:42 PM(UTC+0) | 4/21/2023 5:31:56 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 4/21/2023 5:31:47 PM(UTC+0) | 4/21/2023 5:31:55 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 4/21/2023 5:31:42 PM(UTC+0) | 4/21/2023 5:31:48 PM(UTC+0) | |
| 573134898040@s.whatsapp.net Julio Salazar | 4/21/2023 5:31:44 PM(UTC+0) | 4/21/2023 5:45:19 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

4/21/2023 5:31:42 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2840894 (Table:
ZWAMESSAGE, ZWAMESSAGEDATAITEM, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.pl
ist : 0x2C1D; 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xA69C2 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table:
ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/Media/120363146137425770@g.us/4/f/4fb9d40b-
8739-4cfb-8bd0-1ba5106cbbba.thumb :  (Size: 2847 bytes)

GOVERNMENT
EXHIBIT

V

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573134898040@s.whatsapp.net Julio Salazar

FYI
Read

https://en.wikipedia.org/wiki/Diplomatic_Security_Service

Attachments:



Title: Diplomatic Security Service - Wikipedia
Size: 8132
Path: https://en.wikipedia.org/wiki/Diplomatic_Security_Service
URL

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:32:39 PM(UTC+0) | 4/21/2023 5:32:52 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:32:39 PM(UTC+0) | 4/21/2023 5:32:51 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 4/21/2023 5:32:39 PM(UTC+0) | 4/21/2023 5:32:59 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medellin Security D | 4/21/2023 5:32:39 PM(UTC+0) | 4/21/2023 5:36:23 PM(UTC+0) | |
| 573134898040@s.whatsapp.net Julio Salazar | 4/21/2023 5:32:57 PM(UTC+0) | 4/21/2023 5:45:19 PM(UTC+0) | |

Status: Read

Platform: Mobile

4/21/2023 5:32:37 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x28407AF
(Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsap
p.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xA69C2
(Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table:
ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/Media/12036314613742577 0
@g.us/d/f/dfa70ab5-b58e-4952-9af0-ba1d7f44198a.thumb :  (Size: 8132 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573134898040@s.whatsapp.net Julio Salazar

FYI 3
https://www.google.com/search?q=diplomatic+security+service+international&client=safari&
hl=en-US&prmd=nisv&source=lnms&tbm=nws&sa=X&ved=2ahUKEwiFzIuewLv-
AhVsTTABHU_4B2MQ_AUoAXoECAIQAQ&biw=314&bih=525&dpr=3

### Attachments:



Title:  diplomatic security service international - Google Search
Size: 2847
Path: https://www.google.com/knowledgegraphshares?q=diplomatic+security+service+international&client=safari&hl=en-
US&prmd=nisv&source=lnms&tbm=nws&sa=X&ved=2ahUKEwiFzIuewLv-
AhVsTTABHU_4B2MQ_AUoAXoECAIQAQ&biw=314&bih=525&dpr=3
URL

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:33:28 PM(UTC+0) | 4/21/2023 5:34:39 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:33:28 PM(UTC+0) | 4/21/2023 5:33:49 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 4/21/2023 5:33:27 PM(UTC+0) | 4/21/2023 5:33:30 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 4/21/2023 5:33:27 PM(UTC+0) | 4/21/2023 5:36:23 PM(UTC+0) | |
| 573134898040@s.whatsapp.net Julio Salazar | 4/21/2023 5:33:37 PM(UTC+0) | 4/21/2023 5:45:19 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

4/21/2023 5:33:26 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x284056A (Table:
ZWAMESSAGE, ZWAMESSAGEDATAITEM, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.pl
ist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xA69C2 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table:
ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/Media/120363146137425770@g.us/7/a/7a1ab410-
371e-428e-9d40-fd2d43051e1e.thumb :  (Size: 2847 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573134898040@s.whatsapp.net Julio Salazar

Pro-and-Con-Handbook-Update-on-Dec-2018

### Attachments:

Title: Study this is important
Size: 1151856
File name: 9f540e8c-4e86-492b-8445-188afafd755a.pdf
Path: https://mmg.whatsapp.net/v/t62.7119-
24/40928910_3467256070211637_9106640164825016683_n.enc?ccb=11-
4&oh=01_AdR4GjYfIGTrQkQqonJV-
8yqkkPLRsbQ0BxN_3wJA9_Hkw&oe=646A5296&mms3=true
9f540e8c-4e86-492b-8445-188afafd755a.pdf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:36:20 PM(UTC+0) | 4/21/2023 5:36:34 PM(UTC | |

| | | +0) |
|---|---|---|
| 573054043996@s.whats app.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:36:20 PM(UTC+0) | 4/21/202 3 5:36:24 PM(UTC +0) |
| 573003105943@s.whats app.net Veronica Gaviria New Security Medellin | 4/21/2023 5:36:21 PM(UTC+0) | 4/21/202 3 5:36:32 PM(UTC +0) |
| 573173698994@s.whats app.net Nelson Vasqus/Medelin Security D | 4/21/2023 5:36:23 PM(UTC+0) | 4/21/202 3 5:36:23 PM(UTC +0) |
| 573134898040@s.whats app.net Julio Salazar | 4/21/2023 5:36:21 PM(UTC+0) | 4/21/202 3 5:45:19 PM(UTC +0) |

**Status:** Read

**Platform:** Mobile

4/21/2023 5:36:18 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x28406DD (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pref
erences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0xA69C2 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlit
e : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/M
edia/120363146137425770@g.us/9/f/9f540e8c-4e86-492b-8445-188afafd755a.pdf :  (Size:
1151856 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst
Security Director
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security
Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security
Medellin
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security
D
To: 573134898040@s.whatsapp.net Julio Salazar

Diplomaticka_prirucka___aktualizace___EN

**Attachments:**

Title: Mauricio and Nelson make sure you translate this in your team reason
understands it
Size: 14200569
File name: 6a1ae471-54f9-4af1-838e-a5b3b5ed1e26.pdf
Path: https://mmg.whatsapp.net/v/t62.7119-
24/30694309_248822710032475_1336986897143914239_n.enc?ccb=11-
4&oh=01_AdSLGNDknR7sXNIEB_KH51mOqdjIfUR18EzPp_8VAMGgXg&oe=646A3D
0C&mms3=true
6a1ae471-54f9-4af1-838e-a5b3b5ed1e26.pdf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573195878661@s.whats app.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:38:02 PM(UTC+0) | 4/21/202 3 5:38:07 PM(UTC +0) | |
| 573054043996@s.whats app.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:38:02 PM(UTC+0) | 4/21/202 3 5:38:02 PM(UTC +0) | |
| 573003105943@s.whats app.net Veronica Gaviria New Security Medellin | 4/21/2023 5:38:02 PM(UTC+0) | 4/21/202 3 5:39:09 PM(UTC +0) | |
| 573173698994@s.whats app.net Nelson Vasqus/Medelin Security D | 4/21/2023 5:38:02 PM(UTC+0) | 4/21/202 3 5:38:15 PM(UTC +0) | |
| 573134898040@s.whats | 4/21/2023 | 4/21/202 | |

394

app.net Julio Salazar | 5:38:03 PM(UTC+0) | 3 5:45:19 PM(UTC+0)

**Status:** Read

**Platform:** Mobile

4/21/2023 5:37:56 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x284O497 (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pref
erences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0xA69C2 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlit
e : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/M
edia/120363146137425770@g.us/6/a/6a1ae471-54f9-4af1-838e-a5b3b5ed1e26.pdf :  (Size:
14200569 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst
Security Director
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security
Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security
Medellin
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security
D
To: 573134898040@s.whatsapp.net Julio Salazar

book7

**Attachments:**

Title: And this one is from UN
Size: 9972782
File name: 58553155-3715-4967-a043-bbe3842c3ba1.pdf
Path: https://mmg.whatsapp.net/v/t62.7119-
24/40132593_1369688533875185_3205389638693731618_n.enc?ccb=11-
4&oh=01_AdQsbCpY1wdurtNhlm43U23e4sW3rTPhlzQYbcg_jlxzNYQ&oe=646A29D5
&mms3=true

58553155-3715-4967-a043-bbe3842c3ba1.pdf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573195878661@s.whats app.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:41:08 PM(UTC+0) | 4/21/202 3 5:41:12 PM(UTC +0) | |
| 573054043996@s.whats app.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:41:08 PM(UTC+0) | 4/21/202 3 5:42:29 PM(UTC +0) | |
| 573003105943@s.whats app.net Veronica Gaviria New Security Medellin | 4/21/2023 5:41:09 PM(UTC+0) | 4/21/202 3 5:41:14 PM(UTC +0) | |
| 573173698994@s.whats app.net Nelson Vasqus/Medelin Security D | 4/21/2023 5:41:08 PM(UTC+0) | 4/21/202 3 5:44:35 PM(UTC +0) | |
| 573134898040@s.whats app.net Julio Salazar | 4/21/2023 5:42:13 PM(UTC+0) | 4/21/202 3 5:45:19 PM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

4/21/2023 5:41:05 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x284009B (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pref
erences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0xA69C2 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone

e.20/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlit
e : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/M
edia/120363146137425770@g.us/5/8/58553155-3715-4967-a043-bbe3842c3ba1.pdf :  (Size:
9972782 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 573134898040@s.whatsapp.net Julio Salazar

Task-Based Simulations for Diplomatic Security Agents (10C) - The Cambridge Handbook
of Task-Based Language Teaching

United States Department of State Foreign Service officers are usually required to learn a
language spoken in the country of their onward diplomatic position. Their primary objective
is functional ability to do their jobs using the target language. The Foreign Service Institute
(FSI) trains (a) diplomats (e.g., consular affairs, public diplomacy, management, and political
or economic officers) and (b) specialists (e.g., diplomatic security, information technology,
financial management, and general services) in more than sixty languages. We derived this
case study from FSI's Spanish tradecraft curriculum developed with and for specialist
officers, who are Diplomatic Security (DS) agents. About half of all FSI Spanish students are
returning students, already experienced at their jobs, needing to learn Spanish for their next
onward post. The other half typically are entry-level officers and first-time language learners,
who preferably attend FSI's introductory tradecraft training in English before enrolling in
Spanish.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 4/21/2023 5:42:21 PM(UTC+0) | 4/21/2023 5:44:35 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:42:21 PM(UTC+0) | 4/21/2023 5:42:29 PM(UTC+0) | |
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:42:22 PM(UTC+0) | 4/21/2023 5:42:22 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 4/21/2023 5:42:21 PM(UTC+0) | 4/21/2023 5:42:41 PM(UTC+0) | |
| 573134898040@s.whatsapp.net Julio Salazar | 4/21/2023 5:42:32 PM(UTC+0) | 4/21/2023 5:45:19 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

4/21/2023 5:42:20 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2841A64 (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.pl
ist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x68EC1 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table:
ZWABIZVERIFIEDNAME; Size: 405504 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573134898040@s.whatsapp.net Julio Salazar

FYI
https://www.cambridge.org/core/books/cambridge-handbook-of-taskbased-language-
teaching/taskbased-simulations-for-diplomatic-security-
agents/CDF7DB8BD0C5F46005F481697D649141

**Attachments:**



Title: Task-Based Simulations for Diplomatic Security Agents (10C) - The Cambridge Handbook of Task-Based Language Teaching
Size: 6479
File name: The Cambridge Handbook of Task-Based Language Teaching - December 2021
Path: https://www.cambridge.org/core/books/cambridge-handbook-of-taskbased-language-teaching/taskbased-simulations-for-
diplomatic-security-agents/CDF7DB8BD0C5F46005F481697D649141
The Cambridge Handbook of Task-Based Language Teaching - December 2021

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:42:46 PM(UTC+0) | 4/21/2023 5:44:10 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:42:45 PM(UTC+0) | 4/21/2023 5:45:03 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 4/21/2023 5:42:46 PM(UTC+0) | 4/21/2023 5:42:46 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 4/21/2023 5:42:46 PM(UTC+0) | 4/21/2023 5:44:35 PM(UTC+0) | |
| 573134898040@s.whatsapp.net Julio Salazar | 4/21/2023 5:42:45 PM(UTC+0) | 4/21/2023 5:45:19 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

4/21/2023 5:42:43 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2841736 (Table:
ZWAMESSAGE, ZWAMESSAGEDATAITEM, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.pl
ist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xA69C2 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table:
ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/Media/120363146137425770@g.us/b/4/b4b60587-
3193-4d95-b0b3-0f2174b2cad5.thumb :  (Size: 6479 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573134898040@s.whatsapp.net Julio Salazar

Last but not least:

https://www.un.org/dgacm/en/content/protocol/manual-of-protocol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:44:10 PM(UTC+0) | 4/21/2023 5:44:10 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:43:32 PM(UTC+0) | 4/21/2023 5:45:03 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 4/21/2023 5:43:32 PM(UTC+0) | 4/21/2023 5:44:11 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 4/21/2023 5:43:32 PM(UTC+0) | 4/21/2023 5:44:35 PM(UTC+0) | |
| 573134898040@s.whatsapp.net Julio Salazar | 4/21/2023 5:43:41 PM(UTC+0) | 4/21/2023 5:45:19 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

4/21/2023 5:43:31 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2841974 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xA69C2 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573134898040@s.whatsapp.net Julio Salazar

176589

**Attachments:**

Title: Final information before you alls interview Mauricio, Nelson on the team!!!!
Size: 18416845
File name: 54fcfc0b-62ce-40e3-99f2-7a532568a2e5.pdf
Path: https://mmg.whatsapp.net/v/t62.7119-24/26619984_220802393980329_503040814393265600_3_n.enc?ccb=11-4&oh=01_AdTLgElruKJ5q0FNrs59ePLmWL4E7ylMejRkR-6C9tyQnA&oe=646A37F8&mms3=true
54fcfc0b-62ce-40e3-99f2-7a532568a2e5.pdf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 4/21/2023 5:45:15 PM(UTC+0) | 4/21/2023 5:45:22 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 4/21/2023 5:45:15 PM(UTC+0) | 4/21/2023 5:46:48 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 4/21/2023 5:45:16 PM(UTC+0) | 4/21/2023 5:49:33 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 4/21/2023 5:45:15 PM(UTC+0) | 4/21/2023 5:50:05 PM(UTC+0) | |

# Exhibit W

From: 5731173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D

Johana's was ready and she went to pick it up.

**Status:** Read

**Platform:** Mobile

5/18/2023 8:42:03 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite
: 0x2959D22 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite :
0x68EC1 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 14243026161@s.whatsapp.net Fbi International

Nelson you are fired
Your services no longer need it
Turn your gun to Mauricio and have a nice day

**Status:** Read

**Platform:** Mobile

5/18/2023 8:42:55 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2959BB5 (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x328BE (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 14243026161@s.whatsapp.net Fbi International

Your service is no longer needed

**Status:** Read

**Platform:** Mobile

5/18/2023 8:43:05 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x2959798 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x328BE (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 14243026161@s.whatsapp.net Fbi International

Nelson, I have asked you many times do not communicate with Andrea's family only
communicate with me you can't teach an old dog new tricks. I'm not gonna argue with you
I'm not gonna disrespect you I'm just going to discontinue my relationship with you I'm tired
of it your way to ignore him for me.

**Status:** Read

**Platform:** Mobile

5/18/2023 8:46:44 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29590CD (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x328BE (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)



GOVERNMENT
EXHIBIT

W

From: 14243026161@s.whatsapp.net Fbi International

I enjoyed it over $10,000 saving you have able to capture through me and move on with your life one lesson stop being so ignorant stop being so selfish and self-centered when you have a commander-in-chief listen to your commander do as he says not as you wish today is going to teach you a great lesson just sick as teaching Fernando

Status: Read
Platform: Mobile

5/18/2023 8:47:46 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x295A488 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x328BE (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573134898040@s.whatsapp.net Julio Salazar
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 14243026161@s.whatsapp.net Fbi International
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director

Since you guys are begging her family to save your job, which you're fucking pathetic, you should be man enough to not make these type of mistakes for your age for your occupation for god sake, you're a bodyguard of a fucking billionaire, you getting government cadential's because of him this is how it's going to go down you're both going to send me a message right now confessing and telling me the truth from A-to-Z why Nelson ignored taking Johanna's car to the Will shop. If you don't come clean with me you can go fuck yourself. If you come clean with me we will make a decision if you have a second chance with me or not I'm very fucking serious not to mention I have the entire diplomatic officers and the CIA team in town as of hour ago.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573134898040@s.whatsapp.net Julio Salazar | 5/18/2023 9:33:59 PM(UTC+0) | 5/18/2023 9:33:59 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 5/18/2023 9:33:59 PM(UTC+0) | 5/18/2023 9:33:59 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 5/18/2023 9:33:59 PM(UTC+0) | 5/18/2023 9:34:04 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 5/18/2023 9:33:58 PM(UTC+0) | 5/18/2023 9:33:58 PM(UTC+0) | |
| 14243026161@s.whatsapp.net Fbi International | 5/18/2023 9:34:00 PM(UTC+0) | 5/18/2023 9:54:30 PM(UTC+0) | |
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 5/18/2023 9:34:00 PM(UTC+0) | 5/18/2023 9:34:06 PM(UTC+0) | |

Status: Read
Platform: Mobile

5/18/2023 9:33:58 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2960506 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

# Exhibit X

**WV-109**   **Notice of Court Hearing**

*Clerk stamps date here when form is filed.*

**FILED**
**SAN MATEO COUNTY**

**JUL 2 7 2018**

**Clerk of the Superior Court**
By _____
**DEPUTY CLERK**

**(1) Petitioner (Employer)**

a.   Name: Monster Products, et al.

Lawyer for Petitioner *(if any for this case):*
Name: John Valencia          State Bar No.: 211974
Firm Name: TDA Associates

b.   Address *(If you have a lawyer, give your lawyer's information.):*

Address:  869 North Douglas Street

City: El Segundo          State: CA     Zip: 90245

Telephone: (310) 615-9990          Fax: (310) 615-9991
E-Mail Address: johnwvalencia@gmail.com

*Fill in court name and street address:*
**Superior Court of California, County of**
San Mateo

400 County Center
Redwood City, CA 94063

*Fill in case number:*
Case Number: **18C I V 0 3 9 1 6**

**(2) Employee in Need of Protection**

Full Name:  Noel Lee, et al.

**(3) Respondent (Person From Whom Protection Is Sought)**

Full Name:  Fereidoun "Fred" Khalilian

*The court will complete the rest of this form.*

**(4) Notice of Hearing**

A court hearing is scheduled on the request for restraining orders against the respondent:

Name and address of court if different from above:

| Hearing Date | → Date: 8/10/18   Time: 9:00am |
|---|---|
| | Dept.: PJ   Room: _____ |

**(5) Temporary Restraining Orders** *(Any orders granted are on Form WV-110, served with this notice.)*

a.   Temporary Restraining Orders for personal conduct and stay away orders as requested in Form WV-100,
*Request for Workplace Violence Restraining Orders,* are (check only one box below):

(1) ☒ All **GRANTED** until the court hearing.

(2) ☐ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, § 527.8
Approved by DOJ

**Notice of Court Hearing**
**(Workplace Violence Prevention)**

**WV-109,** Page 1 of 3
→

GOVERNMENT
EXHIBIT
X

Case Number:

b. Reasons that Temporary Restraining Orders as requested in Form WV-100, *Petition for Workplace Violence Restraining Orders,* for personal conduct or stay away are denied are:

   (1) ☐   The facts as stated in Form WV-100 do not sufficiently show reasonable proof that the employee has suffered unlawful violence or a credible threat of violence by the respondent, and that great or irreparable harm to the employee would result if a temporary restraining order is not issued.

   (2) ☐   Other *(specify):*  ☐ As stated on Attachment 5b.

_____
_____
_____
_____

**⑥ Service of Documents by the Petitioner**

**At least** ☒ **five** ☐ _____ **days before the hearing,** someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court file-stamped copy of this Form WV-109, *Notice of Court Hearing,* to the respondent along with a copy of all the forms indicated below:

a. WV-100, *Petition for Workplace Violence Restraining Orders* (file-stamped)

b. ☒ WV-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. WV-120, *Response to Petition for Workplace Violence Restraining Orders* (blank form)

d. WV-120-INFO, *How Can I Respond to a Petition for Workplace Violence Restraining Orders?.*

e. WV-250, *Proof of Service of Response by Mail* (blank form)

f. ☐ Other *(specify):* _____

Date:   **JUL 2 7 2018**          _____

                                   *Judicial Officer*

**To the Petitioner:**

- The court cannot make the restraining orders after the court hearing unless the respondent has been personally given (served) a copy of your request and any temporary orders. To show that the respondent has been served, the person who served the forms must fill out a proof of service form. Form WV-200, *Proof of Personal Service,* may be used.

- For information about service, read Form WV-200-INFO, *What Is "Proof of Personal Service"?*

- If you are unable to serve the respondent in time, you may ask for more time to serve the documents. Use Form WV-115, *Request to Continue Court Hearing and to Reissue Temporary Restraining Order.*

USAO_001910

Case Number: [                    ]

## To the Respondent

- If you want to respond to the request for orders in writing, file Form WV-120, *Response to Request for Workplace Violence Restraining Orders,* and have someone age 18 or older—**not you or anyone to be protected**—mail it to the petitioner.
- The person who mailed the form must fill out a proof of service form. Form WV-250, *Proof of Service of Response by Mail,* may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.
- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.
- You may bring witnesses and other evidence.
- **At the hearing, the judge may make restraining orders against you that could last up to three years and may order you to sell or turn in any firearms that you own or possess.**



**Request for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons with Disabilities and Response* (Form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.



**JUL 2 7 2018**

Date: _____

Clerk, by _____, Deputy

**RODINA M. CATALANO**

Revised January 1, 2012

**Notice of Court Hearing**
(Workplace Violence Prevention)

WV-109, Page 3 of 3

USAO_001911

**WV-110**   **Temporary Restraining Order**

Clerk stamps date here when form is filed.

**① Petitioner (Employer)**

a. Name: Monster Products, et al.

Lawyer for Petitioner *(if any, for this case):*

Name: John Valencia          State Bar No.: 211794

Firm Name: TDA Associates

b. Your Address *(If you have a lawyer, give your lawyer's information.):*

Address: 869 North Douglas Street

City: El Segundo          State: CA   Zip: 90245

Telephone: (310) 615-9990     Fax: (310) 615-9991

E-Mail Address: johnwvalencia@gmail.com

**② Employee (Protected Person)**

Full Name: Noel Lee

**③ Respondent (Restrained Person)**

Full Name: Fereidoun "Fred" Khalilian

Description:

**FILED**
**SAN MATEO COUNTY**

**JUL 27 2018**

Clerk of the Superior Court
By _____
DEPUTY CLERK

*Fill in court name and street address:*

Superior Court of California, County of
San Mateo

400 City Center
Redwood City, California 94063

*Court fills in case number when form is filed.*

Case Number: **18CIV03916**

| | | | | | |
|---|---|---|---|---|---|
| Sex: ☒ M  ☐ F  Height: 5'6"  Weight: 170  Date of Birth: ▮▮▮▮/1971 |

Hair Color: Black     Eye Color: Brown     Age: 47   Race: Persian

Home Address *(if known):* 5600 Wilshire Blvd., Apt. #624

City: Los Angeles          State: CA   Zip: 90036

Relationship to Employee: Former interim Chief Operating Officer of Monster Products

**④ ☒ Additional Protected Persons**

In addition to the employee, the following family or household members or other employees are protected by the temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Relation to Employee |
|---|---|---|---|---|
| Ashley Raye Elliott | F | 36 | ☐ Yes ☒ No | Employee |
| Lucas Gomes | M | 40 | ☐ Yes ☒ No | Employee |
| Amir Shafi | M | 49 | ☐ Yes ☒ No | Independent Contractor |

☒ Additional protected persons are listed at the end of this Order on Attachment 4.

**⑤ Expiration Date**

*This Order expires at the end of the hearing scheduled for the date and time below:*

Date: 8/16/18          Time: 9:00     ☒ a.m. ☐ p.m.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 527.8 and 527.9
Approved by DOJ

**Temporary Restraining Order (CLETS—TWH)**
(Workplace Violence Prevention)

WV-110, Page 1 of 5
→

USAO_001912

| Case Number: |
| --- |
|  |

### To the Respondent:

The court has issued the temporary orders checked as granted below. If you do not obey these orders, you can be arrested and charged with a crime. You may have to go to jail for up to one year, pay a fine of up to $1,000, or both.

**(6) Personal Conduct Orders**

☐ Not Requested     ☐ Denied Until the Hearing     ☒ Granted as Follows:

a.  You are ordered **not** do the following things to the employee
   ☒   and to the other protected persons listed in (4):

   (1) ☒ Harass, molest, strike, assault (sexually or otherwise), batter, abuse, destroy personal property of, or disturb the peace of the person.
   (2) ☒ Commit acts of violence or make threats of violence against the person.
   (3) ☒ Follow or stalk the person during work hours or to or from the place of work.
   (4) ☒ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by e-mail, by fax, or by other electronic means.
   (5) ☒ Enter the workplace of the person.
   (6) ☒ Take any action to obtain the person's address or locations. If this item is not checked, the court has found good cause not to make this order.
   (7) ☒ Other *(specify):*
      ☐ Other personal conduct orders are attached at the end of this Order on Attachment 6a(7).

      ~~Contact any protected person's family, school, or place of employment.~~

b.  Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order. However, you may have your papers served by mail on the petitioner.

**(7) Stay-Away Order**

☐ Not Requested     ☐ Denied Until the Hearing     ☒ Granted as Follows:

a.  You **must** stay at least _**100**_ yards away from *(check all that apply):*

   (1) ☒ The employee                         (7) ⸱⸱ The employee's children's place of child care
   (2) ☒ Each other protected person listed in (4)   (8)    The employee's vehicle
   (3) ☒ The employee's workplace              (9)    Other *(specify):*
   (4)    The employee's home  601 GATEWAY BLVD #900
   (5)    The employee's school   SOUTH SAN FRANCISCO, CA 94080
   (6)    The employee's children's school

b.  This stay-away order does not prevent you from going to or from your home or place of employment.

### This is a Court Order.

**Temporary Restraining Order (CLETS—TWH)**
**(Workplace Violence Prevention)**

USAO_001913

Case Number: 

**8** **No Guns or Other Firearms and Ammunition**

   a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

   b. You must:

     (1) Sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.

     (2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns or firearms have been turned in, sold, or stored. *(You may use form WV-800,* Proof of Firearms Turned In, Sold, or Stored *for the receipt.)*

   c. ☐ The court has received information that you own or possess a firearm.

**9** **Other Orders**

   ☐ **Not Requested**   ☐ **Denied Until the Hearing**   ☐ **Granted as Follows** *(specify):*

_____

_____

   ☐ Additional orders are attached at the end of this Order on Attachment 9.

**To the Petitioner:**

**10** **Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

   a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

   b. ☐ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

   c. ☒ By the close of business on the date that this Order is made, the employer or the employer's lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agencies listed below to enter into CARPOS:

   Name of Law Enforcement Agency       Address *(City, State, Zip)*

   SOUTH SAN FRANCISCO POLICE

   ☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 10.

**11** **No Fee to Serve (Notify) Restrained Person**   ☒ **Ordered**   ☐ **Not Ordered**

The sheriff or marshal will serve this Order without charge because:

   a. ☒ The Order is based on a credible threat of violence or stalking.

   b. ☐ The petitioner is entitled to a fee waiver.

**This is a Court Order.**

USAO_001914

Case Number:

(12) Number of pages attached to this Order, if any:

Date: **JUL 2 7 2018**

_Judicial Officer_

## Warnings and Notices to the Restrained Person in ❷

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control as stated in item ⑧ above. The court will require you to prove that you did so.

### Notice Regarding Nonappearance at Hearing and Service of Order

If you have been personally served with this Temporary Restraining Order and form WV-109, _Notice of Court Hearing,_ but you do not appear at the hearing either in person or by a lawyer, and a restraining order that is the same as this Temporary Restraining Order except for the expiration date is issued at the hearing, a copy of the order will be served on you by mail at the address in item ③.

If this address is not correct or you wish to verify that the Temporary Restraining Order was converted into a restraining order at the hearing without substantive change, or to find out the duration of the order, contact the clerk of the court.

### After You Have Been Served With a Restraining Order

- Obey all the orders. Any intentional violation of this Order is a misdemeanor punishable by a fine or by imprisonment in a county jail, or by both fine and imprisonment. (Pen. Code, § 273.6.)
- Read form WV-120-INFO, _How Can I Respond to a Petition for Orders to Stop Workplace Violence?,_ to learn how to respond to this Order.
- If you want to respond, fill out form WV-120, _Response to Petition for Workplace Violence Restraining Orders,_ and file it with the court clerk. You do not have to pay any fee to file your response if the petition claims that you threatened violence against or stalked the employee, or placed the employee in reasonable fear of violence.
- You must have form WV-120 served on the petitioner or the petitioner's attorney by mail. You cannot do this yourself. The person who does the service should complete and sign form WV-250, _Proof of Service of Response by Mail._ File the completed proof of service with the court clerk before the hearing date or bring it with you to the hearing.
- In addition to the response, you may file and have declarations served, signed by you and other persons who have personal knowledge of the facts. You may use form MC-030, _Declaration,_ for this purpose. It is available from the clerk's office at the court shown on page 1 of this form or at _www.courts.ca.gov/forms._ If you do not know how to prepare a declaration, you should see a lawyer.
- Whether or not you file a response, you should attend the hearing. If you have any witnesses, they must also go to the hearing.
- At the hearing, the judge can make restraining orders against you that last for up to three years. Tell the judge why you disagree with the orders requested.

## This is a Court Order.



USAO_001915

Case Number: _____

## Instructions for Law Enforcement

### Enforcing the Restraining Order
This order is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Restraining and Protective Orders System (CARPOS). Agencies are encouraged to enter violation messages into CARPOS. If the law enforcement agency has not received proof of service on the restrained person, the agency must advise the restrained person of the terms of the order and then must enforce it. Violations of this order are subject to criminal penalties.

### Start Date and End Date of Orders
This order *starts* on the date next to the judge's signature on page 4. The order *ends* on the expiration date in item 5 on page 1.

### If the Protected Person Contacts the Restrained Person
Even if the protected person invites or consents to contact with the restrained person, this order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The order can be changed only by another court order. (Pen. Code, § 13710(b).)

### Conflicting Orders—Priorities for Enforcement
**If more than one restraining order has been issued, the orders must be enforced according to the following priorities:** (See Pen. Code, § 136.2, Fam. Code, §§ 6383(h)(2), 6405(b).)
1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.



*(Clerk will fill out this part.)*
**—Clerk's Certificate—**

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: **JUL 2 7 2018** _____ Clerk, by _____ RODINA M. CATALANO

## This is a Court Order.

**Temporary Restraining Order (CLETS—TWH)**
(Workplace Violence Prevention)
WV-110, Page 5 of 5

...privacy, please press the Clear This Form button after y... | Print this form | Save this form | Clear this form

USAO_001916

| SHORT TITLE: ATTACHMENT 4 CONFIDENTIAL CLETS INFORMATION | | | | CASE NUMBER: | |

| # | NAME | Date of Birth | Sex | Race | Relation to Person in 1 |
|---|------|---------------|-----|------|--------------------------|
| 1 | | | | | |
| 2 | | | | | |
| 3 | Corey Dee Llewellyn | ▮/77 | M | Blk | Independent Contractor |
| 4 | Dave Augusto | ▮1977 | M | White | Independent Contractor |
| 5 | Kevin Lee | ▮/68 | M | Chinese | Employee |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers): | | | | |
| 27 | This page may be used with any Judicial Council form or any other paper filed with the court. | | | | Page _____ |

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

USAO_001917

| **WV-100** | **Petition for  Workplace Violence Restraining Orders** |
|---|---|

Read *How Do I Get an Order to Prohibit Workplace Violence* (form WV-100-INFO) before completing this form. **NOTE: Petitioner must be an employer with standing to bring this action under Code of Civil Procedure section 527.8.** Also fill out *Confidential CLETS Information* (form CLETS-001) with as much information as you know.

Clerk stamps date here when form is filed.

**FILED**
**SAN MATEO COUNTY**

**JUL 2 7 2018**

Clerk of the Superior Court
By _____
**DEPUTY CLERK**

**(1) Petitioner (Employer)**

a. Name:  Monster Products, et al.

  is a ☐ corporation ☐ sole proprietorship

  ☒ *(specify):* Please see Attachment 1a.

  and is filing this suit on behalf of the employee identified in item **(2)**.

b. Lawyer for Petitioner *(if any for this case)*
  Name: John Valencia    State Bar No.: 211794
  Firm Name:  TDA Associates

Petitioner's Address *(If the petitioner has a lawyer, give the lawyer's information.)*

c. Address:  869 North Douglas Street
  City: El Segundo    State: CA  Zip: 90245
  Telephone: (310) 615-9990    Fax: (310) 615-9991
  E-Mail Address: johnwvalencia@gmail.com

Fill in court name and street address:
**Superior Court of California, County of**
San Mateo

400 County Center
Redwood City, CA 94063

Court fills in case number when form is filed.
Case Number: **18 C I V 0 3 9 1 6**

**(2) Employee in Need of Protection**

Full Name:  Noel Lee

Sex: ☒ M  ☐ F    Age: 69

**(3) Respondent (Person From Whom Protection Is Sought)**

Full Name:  Fereidoun "Fred" Khalilian    Age: 47

Address *(if known):* 5600 Wilshire Blvd., Apt. #624

City: Los Angeles    State: CA  Zip: 90036

**(4) Additional Protected Persons**

a. Are you asking for protection for any family or household members of the employee or for any other employees at the employee's workplace or at other workplaces of the petitioner?

  ☒ Yes ☐ No  *(If yes, list them):*

| Full Name | Sex | Age | Household Member? | Relationship to Employee |
|---|---|---|---|---|
| Ashley Raye Elliott | F | 36 | ☐ Yes ☒ No | Employee |
| Lucas Gomes | M | 40 | ☐ Yes ☒ No | Employee |
| Amir Shafi | M | 49 | ☐ Yes ☒ No | Independent Contractor |

☒ Additional protected persons are listed in Attachment 4a.

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, §§ 527.8 and 527.9  **Petition for Workplace Violence Restraining Orders**
(Workplace Violence Prevention)  **WV-100**, Page 1 of 6 →

USAO_001918

| Case Number: |
| --- |
|  |

**(4) b.** Why do these people need protection? *(Explain):*
☒ Response is stated in Attachment 4b.

~~Please see Attachment 4b.~~

**(5) Relationship of Employee and Respondent**

a. How does the employee know the respondent? *(Describe):* ☒ Response is stated in Attachment 5a.

~~Please see attachment 5a.~~

b. Respondent ☒ is   ☒ is not   a current employee of petitioner. *(Explain any decision to retain, terminate, or otherwise discipline the respondent):*
☒ Response is stated in Attachment 5b.

~~Please see attachment 5b.~~

**(6) Venue**

Why are you filing in this county? *(Check all that apply):*
a. ☒ The respondent lives in this county.
b. ☒ The respondent has caused physical or emotional injury to the petitioner's employee in this county.
c. ☐ Other *(specify):*

**(7) Other Court Cases**

a. Has the employee or any of the persons named in **(4)** been involved in another court case with the respondent?

☒ No   ☐ Yes   *If yes, check each kind of case and indicate where and when each was filed:*

| Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
| --- | --- | --- | --- |
| (1) ☐ Workplace Violence | | | |
| (2) ☐ Civil Harassment | | | |
| (3) ☐ Domestic Violence | | | |
| (4) ☐ Divorce, Nullity, Legal Separation | | | |
| (5) ☐ Paternity, Parentage, Child Support | | | |
| (6) ☐ Eviction | | | |
| (7) ☐ Guardianship | | | |
| (8) ☐ Small Claims | | | |
| (9) ☐ Postsecondary School Violence | | | |
| (10) ☐ Criminal | | | |
| (11) ☐ Other *(specify):* | | | |

b. Are any restraining orders or criminal protective orders now in effect relating to the employee or any of the persons in **(4)** and the respondent?   ☒ No   ☐ Yes   *(If yes, attach a copy if you have one.)*

**This is not a Court Order.**

USAO_001919

| Case Number: |
|---|
| |

**(8)** **Description of Respondent's Conduct**

a. Respondent has *(check one or more)*:

   (1) ☐ Assaulted, battered, or stalked the employee

   (2) ☒ Made a credible threat of violence against the employee by making knowing or willful statements or engaging in a course of conduct that would place a reasonable person in fear for his or her safety or the safety of his or her immediate family.

b. One or more of these acts *(check either or both)*:

   (1) ☒ Took place at the employee's workplace

   (2) ☒ Can reasonably be construed to be carried out in the future at the employee's workplace

   Address of workplace: 601 Gateway Blvd #900, South San Francisco 94080

c. Describe what happened. *(Provide details; include the dates of all incidents beginning with the most recent; tell who did what to whom; identify any witnesses):*

   ☒ Response is stated in Attachment 8c.

   Please see Attachment 8c.

d. Was the employee harmed or injured?    ☐ Yes ☒ No *(If yes, describe harm or injuries):*

   ☒ Response is stated in Attachment 8d.

   Please see Attachment 8d.

e. Did the respondent use or threaten to use a gun or any other weapon?    ☐ Yes ☒ No *(If yes, describe):*

   ☐ Response is stated in Attachment 8e.

**This is not a Court Order.**

**Petition for Workplace Violence Restraining Orders**
(Workplace Violence Prevention)

USAO_001920

Case Number:

**(8)  f.**  For any of the incidents described above, did the police come?  ☐ Yes  ☒ No  ☐ I don't know

If yes, did the employee or the respondent receive an Emergency Protective Order?
☐ Yes  ☐ No  ☐ I don't know

If yes, the order protects *(check all that apply)*:

☐ the employee     ☐ the respondent     ☐ one or more of the persons in ④.

*(Attach a copy of the order if you have one.)*

**Check the orders you want**

**(9)  ☒ Personal Conduct Orders**

I ask the court to order the respondent **not** to do any of the following things to the employee or to any person to be protected listed in ④:

a. ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☒ Commit acts of unlawful violence on or make threats of violence to the person.

c. ☒ Follow or stalk the person during work hours or to or from the place of work.

d. ☒ Contact the person, either directly or indirectly, by **any** means, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

e. ☒ Enter the person's workplace.

f. ☒ Other *(specify):*
☐ As stated in Attachment 9f.

~~Contact any protected person's family, school, or place of employment.~~

*The respondent will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**(10)  Stay-Away Order**

a. I ask the court to order the respondent to stay at least ___1000___ yards away from *(check all that apply)*:

(1) ☒ The employee.

(2) ☒ The other persons listed in ④ .

(3) ☒ The employee's workplace.

(4) ☒ The employee's home.

(5) ☒ The employee's school.

(6) ☒ The school of the employee's children.

(7) ☒ The place of child care of the employee's children.

(8) ☒ The employee's vehicle.

(9) ☒ Other *(specify):*

~~The employee's spouse's school or place of employment.~~

**This is not a Court Order.**

**Petition for Workplace Violence Restraining Orders**
(Workplace Violence Prevention)

| Case Number: |
| --- |
| |

**(10)** b. If the court orders the respondent to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?  ☒ Yes  ☐ No  *(If no, explain):*
☐ Response is stated on Attachment 10b.

_____

_____

**(11)** **Guns or Other Firearms and Ammunition**

Does the respondent own or possess any guns or other firearms? ☐ Yes  ☐ No  ☒ I don't know

*If the judge grants a protective order, the respondent will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The respondent will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.*

**(12)** ☒ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the Respondent to last until the hearing. I am presenting form WV-110, *Temporary Restraining Order,* for the court's signature together with this Petition.

Has the Respondent been told that you were going to go to court to seek a TRO against him/her?
☐ Yes  ☒ No  *(If you answered no, explain why below):*

☒ Reasons are stated in Attachment 12.

~~Please see Attachment 12.~~

_____

_____

_____

_____

**(13)** ☐ **Request for Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the respondent at least five days before the hearing, unless the court orders a shorter time for service. (Form WV-200-INFO explains what is proof of personal service. Form WV-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why:

☐ Reasons are stated in Attachment 13.

_____

_____

_____

_____

**(14)** ☒ **No Fee for Filing**

I ask that there be no filing fee because the respondent has threatened violence against the employee, or stalked the employee, or acted or spoken in a manner that has placed the employee in reasonable fear of violence.

**This is not a Court Order.**

**Petition for Workplace Violence Restraining Orders**
(Workplace Violence Prevention)

USAO_001922

Case Number: _____

**⊠ No Fee to Serve Orders**
(15)
I ask the court to order the sheriff or marshal to serve the respondent with the others for free because this request for orders is based on a credible threat of violence or stalking.

**⊠ Court Costs**
(16)
I ask the court to order the respondent to pay my court costs.

**⊠ Additional Orders Requested**
(17)
I ask the court to make the following additional orders *(specify):*

⊠ Additional orders requested are stated in Attachment 17.

~~Respondent to pay reasonable attorney fees.~~
_____
_____
_____
_____
_____
_____

(18) Number of pages attached to this form, if any: _____

Date:  7/26/2018

John Valencia
*Lawyer's name (if any)*                                    ► _____
                                                          *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date:  7/26/2018

Noel Lee
*Name of petitioner*                                       ► _____
                                                          *Signature*

Chief Executive Officer
*Title*

**This is not a Court Order.**

privacy, please press the Clear This Form button after y    Print this form    Save this form        Clear this form

1    **ATTACHMENT 1a**

2       The Petitioner in this matter is Monster Products, d/b/a Monster Inc., Monster Cable

3 Products Inc., and Monster LLC.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT 1a TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

1

USAO_001924

**ATTACHMENT 4a**

| NAME | Date of Birth | Sex | Race | Relation to Person in 1 |
|------|---------------|-----|------|-------------------------|
| Corey Dee Llewellyn | ████/77 | M | Blk | Independent Contractor |
| Dave Augusto | ████/1977 | M | White | Independent Contractor |
| Kevin Lee | ████/68 | M | Chinese | Employee |

ATTACHMENT 4a TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

1

USAO_001925

**ATTACHMENT 4b**

Founder and CEO Noel Lee is nearly 70 years old, handicapped, and unable to walk. *See* Declaration of Noel Lee ("Lee Decl."), ¶ 11. Yet he has repeatedly been the target of Mr. Khalilian's threats, harassment, and disparaging remarks from nearly the moment Mr. Lee brought him into the company and made him interim Chief Operating Officer.

For example, Mr. Khalilian at one point threatened that he could make Mr. Lee "disappear with the push of a button!" *Id.* at ¶ 8. In another incident, Mr. Lee was riding in his car with one of his favorite employees, a young lady named Eva King, when she began to cry. *Id.* at ¶ 6. Concerned, Mr. Lee asked her what was wrong, and she replied that Mr. Khalilian had threatened to "beat her up," and that Mr. Khalilian told her, "if you weren't a woman, I would cut off your legs." *Id.* Another example of Mr. Khalilian's psychological attacks on Mr. Lee is found in an email dated July 14, 2018, in which Mr. Khalilian disparages and embarrasses Mr. Lee in front of 14 other copied employees. *See id.* at Ex. A.

Mr. Lee is afraid of Mr. Khalilian, and he has suffered emotionally and personally over these attacks, particularly given that Mr. Lee has made Monster his entire life. *Id.* at ¶ 12.

Others have suffered even worse threats of violence. On July 13, 2018, Mr. Khalalian yelled at Monster independent contractor Corey Llewellyn over the phone that he was going to "fucking kill" him, and also "kill your family!" *See* Declaration of Corey Dee Llewellyn ("Llewellyn Dec."), ¶ 5. Mr. Llewellyn was so distraught and concerned about the threat that he felt compelled to send Mr. Khalilian an email three days later in which he states in part, "I take threats on my life seriously and my families very seriously. Not only is it unprofessional but it is also criminal." *Id.* at Ex. A.

Lucas Gomes' first day on the job as a Sales Manager was marred by a phone call he was subjected to where Mr. Khalilian spewed a stream of profanities at Mr. Lee over a speaker phone, including that he was a "fucking cock sucker." *See* Declaration of Lucas Gomes ("Gomes Decl."), ¶ 5. Things didn't get much better for Mr. Gomes when just a few weeks later Mr. Khalilian threatened to "make [him] disappear" if he didn't stop spending so much time with Mr.

ATTACHMENT 4b TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

1

USAO_001926

1    Lee. *Id.* at ¶ 7. Mr. Gomes is particularly stressed and afraid because Mr. Khalilian does indeed

2    know where he lives. *Id.* at ¶ 8.

3        Dave Augusto is an independent contractor whose mission is to get investment money to

4    improve Monster as a company. *See* Declaration of Dave Augusto ("Augusto Decl."), ¶ 2. What

5    did he get in return? First, Mr. Khalilian recounted a story about the time the FBI was

6    investigating him for the murder of a young woman who was chopped up into 20 pieces, and this

7    was in front of Mr. Augusto and the investors he went out of his way to bring in. *Id.* at ¶ 6. Was

8    Mr. Khalilian distraught about the murder? No, no. Instead, his only comment was, "Why 20

9    pieces? Do 40 pieces!" *Id.*

10       Not one to rest on his laurels, just several weeks ago Mr. Khalilian upped the ante by

11   yelling over the phone at Mr. Augusto that he'd "better run" because he was going to kill him and

12   his family. *Id.* at ¶ 8.

13       Even Mr. Lee's dedicated Executive Assistant Ashley Elliott hasn't escaped Mr.

14   Khalalian's wrath. On May 7, 2018, Ms. Elliott received a telephone call from Mr. Khalilian in

15   which he first screamed obscenities at her, and then yelled, "Get away from Noel, or I will

16   destroy you and make your life a living hell." *See* Declaration of Ashley Raye Elliott ("Elliott

17   Decl."), ¶ 6. Ms. Elliott was so concerned that Mr. Khalilian might actually harm her, that she

18   documented the phone call in her journal. *Id.* at Ex. A.

19       Amir Shafi, at the time Monster's Chief Technology Officer, was also subjected to Mr.

20   Khalilian's "cut up pieces of body in a bag" story, along with five other Monster employees.

21       It was in October 2017, and the group was out in Las Vegas to explore closing down

22   Monster's distribution facility there. *See* Declaration of Amir Shafi ("Shafi Decl."), ¶ 7. After

23   becoming angry that the local staff didn't take more aggressive action over some thefts, he told

24   the group, "There was a girl who accused me of rape, I was acquitted. But her body was found a

25   few weeks later in a few bags." *Id.* at ¶ 10. Mr. Shafi felt threatened by the events, not only for

26   himself, but also his family. *Id.* at ¶ 11. Importantly, Mr. Shafi feels that working under such

27   conditions is "stressful." *Id.*

28

ATTACHMENT 4b TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

2

USAO_001927

1     Being Mr. Lee's son, it is not surprising that Kevin Lee has also suffered more than his fair

2    share of Mr. Khalalian's harassment and threats. One notable memory was the time Mr. Khalilian

3    called Mr. Kevin Lee on July 13, 2018 while he was on vacation. *See* Declaration of Kevin Lee

4    ("Lee Decl."), at ¶ 5. Mr. Khalilian explained that he was again having problems with Kevin's

5    father, and said "I'm going to have to go after your dad, and I will have to go after you, too." *Id.*

6     At first Mr. Kevin Lee wasn't sure what to make of Mr. Khalilian's threats and

7    harassment, and thought he was just referring to financial issues. *Id*. at ¶ 6. But after considering

8    all of the threats and harassment, on himself and others, including his handicapped father, Mr.

9    Kevin Lee firmly views Mr. Khalilian's threats as credible, and believes he is capable of physical

10    violence. *Id.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT 4b TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

3

USAO_001928

**Attachment 5a**

Noel Lee founded Monster in 1978, and has been Chief Executive ever since. Lee Decl., ¶ 1.) Mr. Lee met Fred Khalilan approximately one year ago through a mutual friend. *Id.* at ¶ 4. Soon thereafter, Mr. Lee brought Mr. Khalilan into the company as interim Chief Operating Officer. *Id.* at ¶ 5.

Employee Ashley Elliott began working at Monster in August 2017, and is the Executive Assistant to Mr. Lee. Elliott Decl., at ¶ 1.  Shortly after starting work at Monster, Mr. Lee introduced Ms. Elliott to Mr. Khalilan, and explained that he was the new interim COO. *Id.* at ¶ 2.

Employee Lucas Gomes was hired as Sales Manager at Monster in May 2018. Gomes Decl., at ¶ 1. Mr. Gomes met Mr. Khalilan during his initial hiring process, when Mr. Khalilan took him to lunch for an informal interview. *Id.* at ¶ 2. Mr. Gomes eventually reported to Fred after getting hired. *Id.*

Independent contractor Amir Shafi first worked at Monster from 2009 to 2017, first as IT Director, and was later promoted to Chief Technical Officer. Shafi Decl., *Id.* at ¶ 1. Mr. Shafi left the company in late 2017, but returned approximately one week ago as an independent contractor to provide IT consulting. Shafi Decl., *Id.* ¶ 2. Mr. Shafir first met Mr. Khalilan towards the end of his first stint at Monster, in approximately June 2017, when Mr. Lee brought him around the office and introduced him as the interim Chief Operating Officer. *Id.* at ¶ 3. Noel explained that Mr. Khalilan's primary mission was to bring in investments to Monster. *Id.*

Independent contractor Corey Dee Llewellyn owns a digital marketing company that provides marketing and branding services for companies in the music business and beyond, including for Monster. Llewellyn Decl., at ¶ 1. Mr. Llewellyn was introduced to Mr. Khalilan in approximately July 2017, and eventually had further contact in connection with a potential investor that Mr. Llewellyn and his partners presented to Monster. *Id.* at ¶¶ 3,4.

Dave Augusto is an independent contractor who provides brokerage services to Monster. Agusto Decl., at ¶ 1. In that position, Mr. Augusto sees himself as a financial "match-maker," connecting potential investors to Monster. *Id.* at ¶ 2. In early July 2018, Mr. Augusto told Mr.

ATTACHMENT 5a TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

USAO_001929

1   Lee that he had an investor interested in learning more about Monster. *Id.* at ¶ 3. Mr. Lee in turn
2   introduced Mr. Augusto to Mr. Khalilan, who he said was the new interim COO, and would
3   handle such matters. *Id.*
4         Kevin Lee is the son of founder and CEO Noel Lee. Kevin L. Decl., at ¶ 2. Mr. Kevin Lee
5   initially worked at Monster from 2004 to 2010, and then returned in October 2017. *Id.* at ¶ 1. He
6   is currently the Vice President of Brand and Corporate Development. *Id.* Mr. Kevin Lee first
7   learned of Mr. Khalilan in August 2017, before he had returned to the company. *Id.* at ¶ 3. Mr.
8   Kevin Lee said that some current and former Monster employees contacted him to complain
9   about Mr. Khalilan, and to warn him and his father. *Id.*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTACHMENT 5a TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

2

**ATTACHMENT 5b**

As can be seen from the facts presented in this Petition, and supporting Declarations, MR. Khalilian's behavior went from bad to worse in his short stint at Monster. Most concerning were the increasing credible, and violent, threats in recent months against both employees and independent contractors.

The most serious recent credible threats of physical violence by Mr. Khalilian were against independent contractors Corey Llewellyn and David Augusto, and Monster Sales Manager Lucas Gomes. *See* Llewlyn Decl., ¶ 5; Augusto Decl., ¶ 8; Gomes Decl., ¶ 7. It was determined that not only was Mr. Khalilian poisoning the company and trying to force out CEO Noel Lee, he was a legitimate danger to the employees and independent contractors. Ironically, those very same employees and contractors simply love music and want to have fun — that's why they work at Monster!

Mr. Khalilian had also recently exhibited increasing hostility towards Noel Lee, who is nearly 70 years old, handicapped, and unable to walk. Things came to a head on the afternoon of July 14, 2018, when Mr. Khalilial distributed an email to Mr. Lee and 14 other Monster employees that was clearly designed to disparage and embarrass him. Lee Decl., ¶ 9, Ex. A. In specific, Mr. Khalilian's email stated in part: "By you keep insulting me behind my back and telling everyone and saying you don't believe I have any deals …. Everything you all did and all the directions you wear going was lost lost lost...." *Id*. Mr. Lee responded at length, but most importantly, he told Mr. Khalilan he was "out of line." *Id*.

Given the totality of the circumstances, particularly with respect to the threats of violence and harassment detailed later in this Petition, it was determined to terminate Mr. Khalilian. Concurrent with the filing of this Petition, corporate counsel for Monster is taking the appropriate legal steps to terminate Mr. Khalilian's employment with Monster. Lee Decl., ¶ 5.

ATTACHMENT 5b TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

1

USAO_001931

**ATTACHMENT 8c**

It's difficult to know where to start with this saga. So many Monsters were subjected to serious threats of physical violence by Mr. Khalilian, forced to listen to his stories of when he was allegedly under investigation by the FBI for murdering and cutting up a young woman, pervasive harassment, and crude, boorish behavior.

But we must start with Noel Lee, who founded Monster in 1978 and has made running the company his life. Lee Decl., ¶ 1, 11. Indeed, Noel's title is, "Headmonster." Monster, headquartered in South San Francisco, is in the business of designing, manufacturing, and selling hardware associated with enjoying music, most notably high-end headphones and cables. *Id.* at ¶¶ 2-3.

Noel first met Mr. Khalalian, Respondent in this matter, approximately one year ago through a mutual friend, singer/songer-writer Sean Kingston. Lee Decl., ¶ 4. Noel was initially impressed with Mr. Khalilian, as he claimed to have the ability to bring Monster lucrative business, in particular with respect to online Indian gaming. *Id.* Mr. Khalilian furthermore claimed to have the ability to procure significant investments in Monster from various sources, including Mexican billionaire Carlos Slim. *Id.*

Thus, Noel brought Mr. Khalilian into the company as interim Chief Operations Officer. *Id.* at ¶ 4. But things quickly soured. Soon after assuming the position of interim COO, Noel learned from various sources that Mr. Khalilian was disparaging him behind his back, including claiming that he was unfit to continue running Monster. *Id.* Noel also heard that Mr. Khalilian had threatened employees. *Id.*

Now, it is important to note as we go forward with this story that while Mr. Khalilian is a young man in his 40's, Noel is approaching 70 years old, handicapped, and unable to walk. *Id.* at ¶¶ 11-12. This makes Mr. Khalilian's reprehensible behavior, as detailed in this Petition and supporting declarations, all the more egregious.

Sometime in late 2017, Noel was riding in the backseat in a car with one of his employees, Eva King. *Id.* at ¶ 6. During the drive, Noel recalls that Mr. Khalilian called Eva, and she placed

ATTACHMENT 8c TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

1

USAO_001932

1   him on speaker phone. *Id.* Noel wasn't paying close attention to the phone call, but he noticed

2   that after the call had ended, Eva was extremely distraught, nearly in tears. *Id.* Noel asked her

3   what was wrong, and she told him that Mr. Khalilian had threatened to "beat her up," and that

4   Mr. Khalilian said, "if you weren't a woman, I would cut off your legs." *Id.*

5       On another conference call several months ago, Mr. Khalilian threatened employee

6   Jesus Campos with physical violence right in front of Noel. *Id.* at ¶ 7. Noel recalls that another

7   Monster employee named James Takanuchi was also on the line. *Id.*

8       Jesus works in Monster's IT department, and Noel recalls Mr. Khalilian was angry with

9   Jesus over an email problem he was experiencing. *Id.* Mr. Khalilian yelled at Jesus, "If you don't

10   get me on this email, I am going to fuck you up!" *Id.*

11       Noel himself has also been personally subject to threats from Mr. Khalilian. Noel recalls

12   he was at his condominium at the Cosmopolitan Hotel in Las Vegas several months ago with one

13   of his assistants, Lucas Gomes. *Id.* at ¶ 8. Mr. Khalilian called sometime in the early part of the

14   day, and Noel put him on speakerphone. *Id.* Mr. Khalilian was angry about an issue he was

15   having with the sales team, and yelled, "I can push a button and make you disappear!" *Id.*

16       Things came to a head at Monster the afternoon of July 14, 2018, when Mr. Khalilian

17   distributed an email to Noel and 14 other Monsters that plainly disparaged him. *See* Lee Decl. at

18   Ex. A. In specific, Mr. Khalilian's email stated in part: "By you keep insulting me behind my

19   back and telling everyone and saying you don't believe I have any deals …. Everything you all

20   did and all the directions you wear going was lost lost lost...." *Id.* Noel responded at length, but

21   most importantly, he wrote that Mr. Khalilian he was "out of line." *Id.*

22       Noel believes Mr. Khalilian is capable of physical violence, and thinks his threats are

23   credible. *Id.* at ¶ 11. As mentioned earlier, Noel is handicapped and unable to walk, and is nearly

24   25 years older than Mr. Khalilian. He is, therefore, particularly vulnerable to Mr. Khalilian's

25   threats and harassment. *Id.*

26       Mr. Khalilian's constant threats and hostile behavior almost from the

27   moment he joined Monster has taken a toll on Noel personally and emotionally. *Id.* at ¶ 12.

28

ATTACHMENT 8c TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

2

USAO_001933

Running Monster is Noel's life, and Mr. Khalilian's actions have caused Noel and many of his employees and friends great stress and sadness. *Id.*

As a result of all of the harassment, outside counsel for Monster is taking the appropriate legal steps to terminate Mr. Khalilian's employment with Monster concurrent with this filing. *Id.* at ¶ 10

Much of Mr. Khalilian's recent threats and harassment appears linked to a potential investment from a Hong Kong investment firm that never came to fruition.

The deal was initially introduced by Dave Augusto, who has worked at AU Capital Partners on behalf of Monster since approximately 2016. Augusto Decl., ¶ 1. AU Capital Partners is a brokerage firm, and Dave's primary mission with respect to Monster is to raise capital for them. *Id.* at ¶ 2. Dave considers himself a financial "match maker", introducing potential investors to Monster. *Id.*

In early July 2018, Dave identified a Hong Kong investment bank that was interested in learning more about Monster, and contacted Noel to discuss the matter. *Id.* at ¶ 3. Noel introduced Dave to Mr. Khalilian, and said he was the new Monster interim Chief Operating Officer. *Id.*

Dave arranged a meeting between Mr. Khalilian and the Hong Kong investment bankers at the Montage Hotel in Beverly Hills on the evening of July 3, 2018, and also attended. *Id.* at ¶ 4. Dave immediately knew he had made a mistake in setting up the meeting. *Id.* at ¶ 5.

Dave does not recall Mr. Khalilian's precise words, but he said that Noel was no longer fit to be CEO of Monster, and that he, Mr. Khalilian, should be in charge. *Id.* Dave recalls that Mr. Khalilian's speaking pattern was erratic and rambling, and then became concerning. *Id.* at ¶ 6.

Things took a turn for the worse. Mr. Khalilian announced to the entire group that he had previously been investigated by the FBI for the murder of a young woman who had been found "chopped into 20 pieces." *Id.* Dave recalls that Mr. Khalilian asked the group, "why 20 pieces? Do 40 pieces!" *Id.* Dave felt uncomfortable, to say the least, and other participants at the meeting were texting him while Mr. Khalilian was still speaking, expressing their concerns. *Id.* The

ATTACHMENT 8c TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

3

USAO_001934

meeting ended soon thereafter.

Dave followed-up with Mr. Khalilian by texting him and speaking with him by phone twice after the meeting. *Id.* at ¶ 7. Mr. Khalilian told Dave that he had traveled to China to again meet with the Hong Kong investment group, but that they had no money. *Id.*

Up until that point, Mr. Khalilian had not expressed any anger towards Dave, which is why Dave was surprised that on Sunday, July 15, 2018, at approximately 3:46 p.m., Mr. Khalilian called him on his cellphone and sounded "different." *Id.* at ¶ 8. David said Mr. Khalilian was "agitated," and sounded like he was possible intoxicated or on drugs. *Id.*

Mr. Khalilian became angry, and yelled, "You better call off your boys....You don't know me! You don't know what I've done to people." *Id.* Dave responded that he could not control what happens with the investment bankers. *Id.*

Mr. Khalilian replied, "Your families are not safe. You tell your boys to fucking run. I go all over the world, you better fucking run! I will kill you and your family, and CL's family!" *Id.* Mr. Khalilian then hung up. Dave understood that Mr. Khalilian's reference to "CL" was to Dave's colleague, Corey "CL" Llewellyn. *Id.*

Dave took Mr. Khalilian's threats as credible, and his comments put him in fear for his life and the life of his family. *Id.* at ¶ 9. Accordingly, on the afternoon of July 21, 2018, Dave responded to the Monrovia Police Department and filed a Criminal Threats report. *Id.* Dave has not yet received the final report yet, but is willing to provide it to the Court when he obtains it. *Id.*

Corey Llewellyn got similar treatment from Mr. Khalilian over the Hong Kong investment issue. Corey is the owner of Digiwax Media, a company that provides marketing and branding services for musicians and other corporate ventures, including to Monster. Llewellyn Decl., ¶ 1.

In approximately July 2017, Noel introduced Corey to Mr. Khalilian, who Noel stated was Monster's new interim Chief Operating Officer. *Id.* at ¶ 3. In early July 2018, Corey told Mr. Khalilian of a firm that was potentially interested in investing in Monster. *Id.* at ¶ 4. Corey arranged for Mr. Khalilian to meet with the investors in Los Angeles, and he participated in the meeting by telephone. *Id.* The brief meeting was uneventful, and Mr. Khalilian and the investors

ATTACHMENT 8c TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

4

agreed to continue discussions at a later date. *Id.*

On July 13, 2018, Corey telephoned Mr. Khalilian to learn how the negotiations were proceeding with the investment company. *Id.* at ¶ 5. Mr. Khalilian became irate, raising his voice and shouted expletives. *Id.* He yelled at Corey, "I am going to fucking kill you! You'd better run! I am going to kill your family! You want to see how crazy I am?" *Id.* The entire phone call lasted less than two minutes before Corey hung up the phone. *Id.*

In response to Mr. Khalilian's threats to Corey and his family, he sent him an email on July 15, 2018, at approximately 2:00 p.m. *See* Llewellyn Decl., Ex. A. His email stated in part, "I take threats on my life and my families very seriously. Not only is it unprofessional but it is also criminal." *Id.*

Corey believes Mr. Khalilian's threats are credible, and the death threats made Corey fear for his life and the life of his family members. *Id.* at ¶ 6.

Lucas Gomes witnessed Mr. Khalilian's harassment and threats on his very first day working at Monster. Lucas started working as a Sales Manager at Monster in May 2018. Gomes Decl., ¶ 1. He first met Mr. Khalilian during the hiring process, when he had an informal interview at a restaurant with Mr. Khalilian, and later reported to him after getting hired. *Id.*

On his first day of working at Monster, Lucas was with Noel at his condominium at the Cosmopolitan Hotel in Las Vegas. *Id.* at ¶ 3. At approximately 10:00 p.m., Mr. Khalilian called the room, and Noel placed him on speakerphone. *Id.* at ¶ 4. Mr. Khalilian was angry, and yelled at Noel, "Look, you cock sucker. If I want to see the sales team, I will see the sales team. You fucking cock sucker, shut the fuck up. I can press one button and end you." *Id.* Noel and Mr. Khalilian argued and swore at each other before Noel hung up the phone. *Id.*

It wasn't long before Lucas became a target himself. At the end of May 2018, he was driving to Mr. C's Hotel in the afternoon to see Noel when a Monster employee named James rang his cellphone. *Id.* at ¶ 5. James said that Mr. Khalilian wanted to speak with Lucas, and then James patched Mr. Khalilian into the call. *Id.*

ATTACHMENT 8e TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

USAO_001936

When Mr. Khalilian came on the phone, he told Lucas, "Listen, and listen close. I am only going to say this one more time. Stay away from Noel Lee. I didn't hire you to change Noel's dirty diapers. He is sick and old. You don't want to be around him. I have been building this company up, and no one person is going to stop that from happening, and it definitely won't be you. This is my last time telling you. Trust me, I don't give second chances. Allison, right?" *Id.* at ¶ 6.

A Monster employee named Allison, who had apparently been on the call without Lucas' knowledge, said, "Right." *Id.* at ¶ 7. Mr. Khalilian said, "Georgia, right?" *Id.* Georgia, also a Monster employee, chimed in on the conference call, "That's right." *Id.*

Mr. Khalilian said to Lucas, "I will make you disappear if you don't stay away from Noel Lee. Am I clear? Don't make me repeat myself." *Id.* Because he wanted to get off the call, he responded, "Ok, fine," and ended the call. *Id.*

Lucas takes Mr. Khalilian's threat seriously, and believes he is capable of actually carrying out his threats and harming or killing him. *Id.* at ¶ 8. Lucas believes Mr. Khalilian's threats are credible both from his demeanor, and also from his violent and shady past that Lucas discovered by searching his name on Google. *Id.* Moreover, Mr. Khalilian knows where Lucas lives, as he was the one who provided Lucas with his employment contract, which lists his home address, and also has access to Lucas' employee records. *Id.* All of this causes Lucas emotional stress. *Id.*

The hostility Lucas suffered from Mr. Khalilian seems to fit into a pattern: get too close to Noel, and you're a target. Noel's Executive Assistant, Ashley Elliott, learned this the hard way.

Ashley has worked at Monster since approximately August 2017. Elliott Decl., ¶ 1.

ATTACHMENT 8c TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

6

Shortly after beginning work at Monster, Noel introduced Ashley to Mr. Khalilian, who he said was Monster's new interim Chief Operating Officer. *Id.* at ¶ 2.

Almost immediately after assuming the role of COO, Ashley noticed that Mr. Khalilian was with Noel nearly every day. *Id.* at ¶ 2. Mr. Khalilian also began discouraging Ashley from associating too frequently with Noel, and told her directly on more than one occasion that she should not spend time with Noel outside of work. *Id.*

When Ashley refused to heed Mr. Khalilian's ridiculous directive, things turned ugly. On the afternoon of May 7, 2018, Ashley was staying at the Cosmopolitan Hotel in Las Vegas, where Noel owns a condominium. *Id.* at ¶ 3. She received a call on her cell phone from Mr. Khalilian, who was irate and screamed obscenities at her. *Id.* Mr. Khalilian yelled, "get away from Noel, or I will destroy you and make your life a living hell! And keep Lucas away from Noel, or I will destroy him, too." *Id.* In order to end the call as fast as possible, Ashley replied, "I hear you. I understand," and then got off the call. *Id.*

Ashley soon learned what extreme danger Mr. Khalilian posed for Noel. On May 21, 2018, Ashley was again at the Cosmopolitan Hotel in Las Vegas, and getting breakfast at the buffet. *Id.* at ¶ 5. Mr. Khalilian approached her, and she observed him to be intoxicated, with slurred speech and was unsteady on his feet. *Id.* Mr. Khalilian pulled her aside and whispered, "If Noel fucks me out of the company, I will kill him and turn myself in. This is the kind of shit that's on CNN." *Id.*

Ashley was so concerned that she immediately told her friend Marco Tavares about the incident, who was staying with them at the Cosmopolitan Hotel. *Id.* To further document and

ATTACHMENT 8c TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

7

USAO_001938

1   memorialize the threats, and because she took them so seriously, Ashley documented both of the

2   incidents in a journal she maintains. *See* Elliott Decl., Ex. A.

3

4       Being the son of Noel, Kevin Lee of course suffered his own fair share of abuse and threats

5   from Mr. Khalilian. Having previously worked at Monster for many years before departing for

6   other career opportunities, Kevin returned in October 2017 and is the Senior Vice President of

7   Brand and Corporate Development. Kevin Lee Decl., ¶ 1.

8

9       Kevin first learned of Mr. Khalilian in approximately August 2017, before he had returned

10  to Monster. *Id.* at ¶ 3. Several people, both current and former employees of Monster, contacted

11  Kevin to voice concerns with Mr. Khalilian's attitude and erratic personality. *Id.* In specific,

12  several people said Mr. Khalilian was "isolating" Kevin's father, and also disparaging him behind

13  his back. *Id.* Furthermore, several people told Kevin they had conducted Google searches of Mr.

14  Khalilian's name, and found concerning things about his background. *Id.*

15

16      Sometime in May or June 2018, Kevin had a phone conversation with he believes Ashley

17  Elliott, who is his father's assistant. *Id.* at ¶ 4. Ashley said that Mr. Khalilian had threatened

18  Kevin's dad with physical violence. *Id.*

19

20      Sometime after that, Kevin was on a phone call with Mr. Khalilian, and raised the issue of

21  him threatening his father. *Id.* Mr. Khalilian said, "Yeah, that's the kind of person I am. Your dad

22  is messing with my livelihood." *Id.* Kevin replied, "Do what you gotta' do to protect your wealth,

23  but I hope you wouldn't physically harm my dad." *Id.* Mr. Khalilian did not respond. *Id.*

24

25      On another occasion, Mr. Khalilian called Kevin's cellphone on the morning of July 13,

26  2018. *Id.* at ¶ 5. Kevin recalls the date because he was on vacation at the Russian River at the

27

28

ATTACHMENT 8c TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

8

USAO_001939

time. *Id.* Mr. Khalilian explained that he was again having problems with Noel, and said, "I'm going to have to go after your dad, and I will have to go after you, too." *Id.*

At first Kevin took Mr. Khalilian's threats as more of a financial issue. *Id.* at ¶ 6. But the more Kevin has learned about Mr. Khalilian and interacted with him, he believe his threats are credible, and that he is capable of becoming physically violent. *Id.*

The people involved with the Hong Kong investment incident weren't the only ones regalled by Mr. Khalilian's story of a young woman found chopped up in many bags.

Amir Shafi previously worked for Monster from June 2009 to December 2017, starting as IT Director and then serving as Chief Information Officer from August 2013 through when he left the company. Shafi Decl., ¶ 1. Even though Amir left Monster in 2017, he remained close friends with Noel, and has remained knowledgeable about the internal dynamics of the company. *Id.* at ¶ 2. Amir is now back with Monster, having started to provide IT consulting services about a week ago. *Id.*

Amir first met Mr. Khalilian in approximately June 2017, when Noel brought him around the office and introduced him as the interim Chief Operating Officer. *Id.* at ¶ 3. Noel explained that Mr. Khalilian's primary mission was to bring in investments to Monster. *Id.*

Within a few weeks of starting at Monster, in approximately July 2017, Mr. Khalilian demanded that Amir provide him full administration access to Monster's entire computer system, including Monster's eCommerce system, as well as the servers. *Id.* at ¶ 4. Mr. Khalilian made these demands of Amir dozens of times in person, over email, and phone calls. *Id.* Mr. Khalilian also demanded the same access for another Monster employee named Allesio Mack. *Id.*

Amir at first refused to grant them that access, because in his opinion it was an entirely inappropriate request – nobody needs full access to Monster's computer systems. *Id.* at ¶ 5. Mr. Khalilian was unhappy with that response, and threatened both in person and over email to replace Amir's team with IT people he knew from Miami. *Id.*

In about the July/August 2018 time frame, Amir asked Mr. Khalilian both in person and

ATTACHMENT 8e TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

9

USAO_001940

over emails why he needed full Admin access. *Id.* at ¶ 6. Mr. Khalilian was not able to provide an adequate explanation, other than to say he "wanted full control over the systems." *Id.* Amir eventually relented, and granted him Admin access, but asked a third party website hosting firm to keep a log and monitor activity to ensure no damage was done. *Id.*

Part of Amir's concern with Mr. Khalilian stemmed from his increasingly erratic and concerning behavior. *Id.* at ¶ 7. Amir recalls one meeting he attended at Monster's former Las Vegas distribution center that occured on October 27, 2017. *Id.* Also in attendance were Monster employees Mr. Khalilian, Noel Lee, Marco Padilla, Stan Kelman, Cheryl Mulconrey, and a former CFO named Felix. *Id.*

The purpose of the meeting was to explore shutting down the facility, and handing over the distribution function to a third party. *Id.* at ¶ 8. Amir recall that Mr. Khalilian became angry at Stan Kelman, because the deal wasn't getting done fast enough. *Id.* Mr. Khalilian also berated Stan because they discovered that the security company on site may have been stealing from the distribution facility, but nothing had been done about it. *Id.*

Mr. Khalilian asked why they had not called the police on the matter. *Id.* at ¶ 9. Cheryl, who at the time was the Head of Monster HR, explained that they tried, but the Las Vegas Police said they were too busy. *Id.* Mr. Khalilian yelled at Cheryl, "You don't know how to deal with law. I know how to deal with law. The way to deal with law enforcement in Vegas is to call the cops and say, 'I am going to shoot this guy for stealing from me.'" *Id.*

Mr. Khalilian continued yelling at the entire group, "There was a girl who accused me of rape, I was acquitted. But her body was found a few weeks later in a few bags." *Id.* at ¶ 10. Amir was personally terrified and in shock at Mr. Khalilian's statement, but said nothing. *Id.* Amir looked around at the group, who also appeared shocked and were silent. *Id.*

Amir feels threatened by Mr. Khalilian's remarks, both for his family and for himself. *Id.* at ¶ 11. It is Amir's belief that "anything is possible" from people who act like Mr. Khalilian, especially his actions that day in Las Vegas. *Id.* Amir feels that working under such conditions is stressful. *Id.*

ATTACHMENT 8c TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

USAO_001941

**ATTACHMENT 8d**

Many of the targets of Mr. Khalilian's threats are emotionally damaged, stressed, and in fear for their own safety and the safety of their families.

Noel Lee himself has been profoundly impacted by this entire experience. Mr. Lee founded Monster in 1978, and it has been his entire life. Lee Decl., ¶ 12. He brought Mr. Khalilian into the company with only the best intentions, believing he could bring in investment money, and be instrumental in an online Indian gaming venture. *Id.* at ¶ 4. Instead, Mr. Lee has been subjected to threats against himself and his beloved employees. And Mr. Lee is particularly vulnerable to these threats, given he is almost 70 years old, handicapped, and cannot walk, while Mr. Khalilian is a young man in his 40's. *Id.* at ¶ 11.

Mr. Lee takes the threats seriously, and believes Mr. Khalilian is capable of physical violence. *Id.* at ¶ 11. All of these threats and harassment has taken a toll on Mr. Lee both personally and emotionally. *Id.* at ¶¶ 12.

And can you imagine what Kevin Lee has gone through? Watching as his elderly father is threatened and harassed by a man who his father was kind enough to bring into the family business? At one point, after hearing that Mr. Khalilian had threatened his father, Kevin Lee confronted him and said, " I hope you wouldn't physically harm my dad." Kevin Lee Decl., ¶ 4. Nobody should have to live like that, particularly since Kevin Lee believes those threats to be credible and thinks Mr. Khalilian is capable of actually becoming violent. *Id.*

Mr. Augusto takes Mr. Khalilian's threats very seriously, and is in fear for his own life, and also for the lives of his family. Augusto Decl., ¶ 9. Mr. Augusto took the threats so seriously that he responded to the Monrovia Police station to file a report and seek protection. *Id.*

After Mr. Khalilian threatened Mr. Llewellyn and his family, Mr. Llewellyn was compelled to fire back in an email dated July 15, 2018, in which he tells Mr. Khalilian in part, "I take threats on my life and my families very seriously. Not only is it unprofessional but it is also criminal." Llewllyn Decl., Ex. A. Mr. Llewellyn also states in his email that he has notified various friends that if he or his family are harmed, that Mr. Khalilian should be implicated given

1

USAO_001942

his threats. *Id.* Mr. Llewellyn essentially now lives in fear.

Ms. Elliott took similar measures in response to Mr. Khalilian's threats. Mr. Khalilian had previous told Ms. Elliott to "stay away from Noel" or he would "destroy" her and "make [her] life a living hell." Elliot Decl., ¶ 3. On a later occasion, Mr. Khalilian told Ms. Elliott that if Noel Lee "fucks" him out of the company, he would kill him. *Id.* at ¶ 5. Ms. Elliott was so stressed by these threats that she documented them in her journal in case Mr. Khalilian actually carried through. *See* id., Ex. A.

Mr. Shafi, one of the lucky few to be exposed to Mr. Khalilian's favorite "young girl cut into many pieces" story feels that "anything is possible" when it comes to him and his threats. Safi Decl., ¶¶ 10-11. As a result, Mr. Safi feels threatened and says that working under these conditions is "stressful." *Id.*

And can you imagine what Kevin Lee has gone through? Watching as his elderly father is threatened and harassed by a man who his father was kind enough to bring in? At one point, after hearing that Mr. Khalilian had threatened his father, confronted him and said, " I hope you wouldn't physically harm my dad." Kevin Lee Decl., ¶ 4. Nobody should have to live like that, particularly since Kevin Lee believes those threats to be credible and thinks Mr. Khalilian is capable of actually becoming violent. *Id.*

ATTACHMENT 8d TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

2

USAO_001943

**ATTACHMENT 12**

California Code of Civil Procedure section 527.6(d) provides in pertinent part that, "A temporary restraining order may be issued with or without notice, based on a declaration that, to the satisfaction of the court, shows reasonable proof of harassment of the petitioner by the respondent, and that great or irreparable harm would result to the petitioner."

Good cause exists in the instant matter to excuse Petitioner from providing notice to Respondent of its intent to seek a Temporary Restraining Order due to the high likelihood that further threats of violence, or even actual violence, would occur had notice been given.

Concurrent with the filing of this Petition, corporate counsel for Monster is taking action to terminate Mr. Khalilian, as well as several other employees, at Monster's headquarters in San Francisco. Lee Decl., ¶ 10. The plan of action includes stripping Mr. Khalisian of all access to Monster's computer and financial systems. Noel Lee, other Monster executives, as well as outside counsel and security elements will be on hand, all of whom could be injured had Mr. Khalisian had advanced notice of Monster going to court to seek a restraining order barring him from coming near Monster's corporate headquarters.

It is clear from the evidence put forth in this Petition, and supporting Declarations, that Mr. Khalisian's behavior has become more erratic and violent in recent months. In specific:

- Only two weeks ago, on July 13, 2018, Mr. Khalalian yelled at Monster independent contractor Corey Llewellyn over the phone that he was going to "fucking kill" him, and also "kill your family!" *See* Declaration of Corey Dee Llewellyn ("Llewellyn Dec."), ¶ 5.

- During a meeting in early July 2018, Mr. Khalisian recounted a story to Dave Augusto and a group of potential Monster investors about the time the FBI was investigating him for the murder of a young woman who was chopped up into 20 pieces. Augusto Decl., 6. Mr. Khalilian showed no remorse for the murdered victim, but rather commented, "Why 20 pieces? Do 40 pieces!" *Id.*

- Then on July 15, 2018, Mr. Khalilian yelled at Mr. Augusto over the phone that

ATTACHMENT 4b TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

1

USAO_001944

he'd "better run" because he was going to kill him and his family. *Id.* at ¶ 8. Mr.

Augusto was so distraught he responded to the Monrovia Police Department to file

a Criminal Threats police report. *Id.* at ¶ 0.

- Mr. Khalisian has told Noel Lee, nearly 70 years old and unable to walk, that he
  could make him "disappear with the push of a button!" Lee Decl., ¶ 8.
- In May of 2018, Mr. Khalisian told Mr. Gomes that he would "make [him]
  disappear" if he didn't stop spending so much time with Mr. Lee. Gomes Decl., ¶ 7.

There are scores of other examples of threats of violence and harassment, but the above

demonstrates without question that Mr. Khalisian is a dangerous person, and great care is needed

to protect those involved with carrying out the various tasks associated with his removal from the

company.

One only need to look at Mr. Khalisian's criminal history to see he is capable of actual

violence. Filed herewith is Petitioner's Request for Judicial Notice of court records from Florida

reflecting that Mr. Khalisian had been "Adjudicated Guilty" on three separate incidents of

misdemeanor battery, and pleaded "Nolo Contendre" to a fourth incident of misdemeanor battery.

The risks were simply too high to provide notice, and Petitioner respectfully requests that

the Court issue a TRO pending a full hearing on the merits in order to ensure the safety of

Monster and its employees.

ATTACHMENT 4b TO MONSTER'S PETITION FOR WORKPLACE RESTRAINING ORDER

2

USAO_001945

# Exhibit Y

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573134898040@s.whatsapp.net Julio Salazar
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 14243026161@s.whatsapp.net Fbi International
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director

Mauricio do you have the paperwork for the Range Rover because tomorrow morning we're gonna go to DIAN or do you need to grab it out of the dashboard

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573134898040@s.whatsapp.net Julio Salazar | 5/23/2023 11:31:32 PM(UTC+0) | 5/23/2023 11:31:38 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 5/23/2023 11:31:32 PM(UTC+0) | 5/23/2023 11:32:19 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 5/23/2023 11:31:34 PM(UTC+0) | 5/24/2023 3:15:51 AM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 5/23/2023 11:31:32 PM(UTC+0) | 5/23/2023 11:31:38 PM(UTC+0) | |
| 14243026161@s.whatsapp.net Fbi International | 5/23/2023 11:31:35 PM(UTC+0) | 5/23/2023 11:56:52 PM(UTC+0) | |
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 5/23/2023 11:31:32 PM(UTC+0) | 5/23/2023 11:40:48 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

5/23/2023 11:31:31 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29AA5E9 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.plist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

Yes sir

**Status:** Read

**Platform:** Mobile

5/23/2023 11:32:23 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29AA555 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

My lord, tomorrow Mrs. Sonia Uribe will attend to you directly. Who is the director of the dian in Antioquia? They have even offered us to receive the cars in the private parking lot; of the ports through which their vehicles have entered and has been made available for any requirement that you may need. San also offered the legal support that you require for not only your cars, but anything else that you need matters and they will attend you with all the pleasure when you require it.

**Status:** Read

**Platform:** Mobile

5/24/2023 12:05:51 AM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29AA068 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

GOVERNMENT EXHIBIT

Y

PENGAD 800-631-6989

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573134898040@s.whatsapp.net Julio Salazar
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 14243026161@s.whatsapp.net Fbi International
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director

Good morning I'm getting ready Camilo from Larry bikes he's pretending that he fix the problem for us now my question is was if you guys you and Fabiano's contact or is it really him we're going to go down to DIAN's office anyway to show our face and show some respect I'm also bringing some cash with me so we can give them. It's important so I'm getting ready. I'm gonna send you a copy the message you sent me you tell me what do you think it's going on I'll be ready in 30 minutes.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573134898040@s.whatsapp.net Julio Salazar | 5/24/2023 4:14:09 PM(UTC+0) | 5/24/2023 4:39:56 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 5/24/2023 4:14:10 PM(UTC+0) | 5/24/2023 4:14:19 PM(UTC+0) | |
| 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D | 5/24/2023 4:14:10 PM(UTC+0) | 5/24/2023 4:30:12 PM(UTC+0) | |
| 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin | 5/24/2023 4:14:09 PM(UTC+0) | 5/24/2023 4:14:14 PM(UTC+0) | |
| 14243026161@s.whatsapp.net Fbi International | 5/24/2023 4:14:11 PM(UTC+0) | 5/24/2023 4:21:49 PM(UTC+0) | |
| 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director | 5/24/2023 4:14:09 PM(UTC+0) | 5/24/2023 4:14:12 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

5/24/2023 4:14:08 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29AC58E (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.pl
ist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573134898040@s.whatsapp.net Julio Salazar
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 14243026161@s.whatsapp.net Fbi International
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director

**Attachments:**



Size: 109921
File name: eec0ff36-4bd5-4dee-8d84-a573d91d1bf5.jpg
Path: https://mmg.whatsapp.net/o1/v/t62.7118-24/f1/m239/up-oil-image-7d357501-
f52b-4c39-9717-d37df2c07448?ccb=9-
4&oh=01_AdTndaEll7Xlopl7qysYSOEg5HgmzUGy5H6rmwCtZO1Ryw&oe=6495C405
&mms3=true
eec0ff36-4bd5-4dee-8d84-a573d91d1bf5.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573134898040@s.whatsapp.net Julio Salazar | 5/24/2023 4:14:29 PM(UTC+0) | 5/24/2023 4:39:56 PM(UTC+0) | |
| 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director | 5/24/2023 4:14:29 PM(UTC+0) | 5/24/2023 4:14:29 PM(UTC | |

+0)

| | | |
|---|---|---|
| 573173698994@s.whats app.net Nelson Vasqus/Medelin Security D | 5/24/2023 4:14:30 PM(UTC+0) | 5/24/202 3 4:30:12 PM(UTC +0) |
| 573003105943@s.whats app.net Veronica Gaviria New Security Medellin | 5/24/2023 4:14:29 PM(UTC+0) | 5/24/202 3 4:14:59 PM(UTC +0) |
| 14243026161@s.whatsa pp.net Fbi International | 5/24/2023 4:14:31 PM(UTC+0) | 5/24/202 3 4:21:49 PM(UTC +0) |
| 573195878661@s.whats app.net Fabián Galeano/ Medellin Asst Security Director | 5/24/2023 4:14:29 PM(UTC+0) | 5/24/202 3 4:15:16 PM(UTC +0) |

**Status:** Read

**Platform:** Mobile

5/24/2023 4:14:25 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x29AC4DE (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pref
erences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlit
e : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/M
edia/120363146137425770@g.us/e/e/eec0ff36-4bd5-4dee-8d84-a573d91d1bf5.jpg :  (Size:
109921 bytes)

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

Okay Sir, I am finding out what Camilo did, but it is very separate from the management
that we are doing.

**Status:** Read

**Platform:** Mobile

5/24/2023 4:18:54 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29AC2F8 (Table:
ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table:
ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 14243026161@s.whatsapp.net Fbi International

I understand let me know

**Status:** Read

**Platform:** Mobile

5/24/2023 4:22:15 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x29AC25D (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x328BE (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573134898040@s.whatsapp.net Julio Salazar
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security
Director
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security
D
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security
Medellin

To: 14243026161@s.whatsapp.net Fbi International
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst
Security Director

**Attachments:**



Size: 109676
File name: e39c983a-9afe-431b-880b-9dfdc9db36c7.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-
24/30440364_292072419815294_7719576801047172042_n.enc?ccb=11-
4&oh=01_AdQbaaKgYTfOd9S5USZGuOhLQmwk6vGpiJmaD5wOqLYEcg&oe=6495B
3E5&mms3=true
**e39c983a-9afe-431b-880b-9dfdc9db36c7.jpg**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573134898040@s.whats app.net Julio Salazar | 5/24/2023 4:27:13 PM(UTC+0) | 5/24/202 3 4:39:56 PM(UTC +0) | |
| 573054043996@s.whats app.net Mauricio Pine/ Medellin Security Director | 5/24/2023 4:27:11 PM(UTC+0) | 5/24/202 3 4:28:22 PM(UTC +0) | |
| 573173698994@s.whats app.net Nelson Vasqus/Medelin Security D | 5/24/2023 4:27:11 PM(UTC+0) | 5/24/202 3 4:30:12 PM(UTC +0) | |
| 573003105943@s.whats app.net Veronica Gaviria New Security Medellin | 5/24/2023 4:27:11 PM(UTC+0) | 5/24/202 3 4:27:17 PM(UTC +0) | |
| 14243026161@s.whatsa pp.net Fbi International | 5/24/2023 4:27:11 PM(UTC+0) | 5/24/202 3 4:27:15 PM(UTC +0) | |
| 573195878661@s.whats app.net Fabián Galeano/ Medellin Asst Security Director | 5/24/2023 4:27:11 PM(UTC+0) | 5/24/202 3 4:27:14 PM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

5/24/2023 4:27:09 PM(UTC+0)

Source Info:
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorag
e.sqlite : 0x29ADE38 (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pref
erences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlit
e : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2
.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone
(232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/M
edia/120363146137425770@g.us/e/3/e39c983a-9afe-431b-880b-9dfdc9db36c7.jpg : (Size:
109676 bytes)

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

My lord, I was finding out how everything happened I talked to Camilo and asked how the process he had done had been, he tells me that he only knows what the processor who does the paperwork for him in Bogotá told him the guy called him last night at 8:30 p.m. and told him that the problem had already been solved, but that was after Fabián had already made the calls through Bogotá and Santa Marta, most likely, after the process made by Fabián, the processor he would like to take the opportunity to get his share and he tells Camilo that he had solved the problem, the important thing is that no one is looking for the car anymore and that the problem has a solution regarding the director of the dian here in Antioquia It would be good to visit her for protocol to greet her and get to know each other, but the best thing is not to bring her money, but better to invite her to a dinner or a gift later to avoid perhaps offending her.

**Status:** Read
**Platform:** Mobile

5/24/2023 5:20:39 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29AE1A4 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573134898040@s.whatsapp.net Julio Salazar
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 14243026161@s.whatsapp.net Fbi International
To: 573195878661@s.whatsapp.net Fabián Galeano/ Medellin Asst Security Director

I understand and I'm getting ready

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 573134898040@s.whats app.net Julio Salazar | 5/24/2023 5:21:39 PM(UTC+0) | 5/24/202 3 5:21:43 PM(UTC +0) | |
| 573054043996@s.whats app.net Mauricio Pine/ Medellin Security Director | 5/24/2023 5:21:40 PM(UTC+0) | 5/24/202 3 5:21:49 PM(UTC +0) | |
| 573173698994@s.whats app.net Nelson Vasqus/Medelin Security D | 5/24/2023 5:21:39 PM(UTC+0) | 5/24/202 3 5:21:39 PM(UTC +0) | |
| 573003105943@s.whats app.net Veronica Gaviria New Security Medellin | 5/24/2023 5:21:39 PM(UTC+0) | 5/24/202 3 5:21:48 PM(UTC +0) | |
| 14243026161@s.whatsa pp.net Fbi International | 5/24/2023 5:21:41 PM(UTC+0) | 5/24/202 3 5:23:53 PM(UTC +0) | |
| 573195878661@s.whats app.net Fabián Galeano/ Medellin Asst Security Director | 5/24/2023 5:21:40 PM(UTC+0) | 5/24/202 3 5:21:45 PM(UTC +0) | |

**Status:** Read
**Platform:** Mobile

5/24/2023 5:21:38 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29AFC5F (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

|  |  |  |
|---|---|---|
|  | PM(UTC+0) | 4:48:04 PM(UTC+0) |
| 573195878661@s.whats app.net Fabián Galeano/ Medellín Asst Security Director | 5/25/2023 4:48:04 PM(UTC+0) | 5/25/2023 5:08:45 PM(UTC+0) |

**Status:** Read

**Platform:** Mobile

5/25/2023 4:48:00 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29BA340 (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x2C1D (Size: 39391 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Biz/Biz.sqlite : 0x54464 (Table: ZWABIZVERIFIEDNAME; Size: 405504 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/Media/12036314613742570@g.us/c/5/c5344c72-00c1-4fee-9ea0-890607b77000.jpg : (Size: 80846 bytes)

---

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

my lord, Mrs. Sonia has already been notified of the emails, and the equipment is already ready

**Status:** Read

**Platform:** Mobile

5/25/2023 5:08:56 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29BCC1D (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

---

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

[25/5 12:17 p. m.] Sonia Uribe DIAN: Mi correo es suribev@dian.gov.co
[25/5 12:18 p. m.] Sonia Uribe DIAN: Dile que también lo envíe a Cpaniaguac@dian.gov.co

**Status:** Read

**Platform:** Mobile

5/25/2023 5:19:04 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29BCA2C (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

---

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

my lord she also has these emails that are active

**Status:** Read

**Platform:** Mobile

5/25/2023 5:19:49 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29BC96C (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

➦ Forwarded

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:5c03ff1d-2bb9-3c85-a9d5-3c7f417700f9

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

5/25/2023 5:26:32 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29BC6AB (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

Mrs. Sonia tells me that this is the information corresponding to the import under the diplomatic concept in case you want them to enter that way

**Status:** Read

**Platform:** Mobile

5/25/2023 5:28:00 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x29BC587 (Table: ZWAMESSAGE; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)

From: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director

JIMMY GRAPHICS
300 3036622
https://maps.app.goo.gl/hEKeBPJS911w8VbA6

**Attachments:**



Title: JIMMY GRAPHICS · Cra 43G #26-41, El Poblado, Medellín, El Poblado, Medellín, Antioquia
Size: 5804
File name: · Diseñador gráfico
Path: https://maps.app.goo.gl/hEKeBPJS911w8VbA6
· Diseñador gráfico

**Status:** Read

**Platform:** Mobile

5/25/2023 9:48:11 PM(UTC+0)

Source Info:
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x29C0355 (Table: ZWAMESSAGE, ZWAMESSAGEDATAITEM, ZWAMEDIAITEM; Size: 84033536 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x9A8A5 (Table: ZWAADDRESSBOOKCONTACT; Size: 1110016 bytes)
iPhone (232)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/Media/120363146137425770@g.us/1/d/1d77596e-6071-4235-9908-169626d6415f.thumb : (Size: 5804 bytes)

From: 16504073547@s.whatsapp.net Prince Fred K. (owner)
To: 573134898040@s.whatsapp.net Julio Salazar
To: 573054043996@s.whatsapp.net Mauricio Pine/ Medellin Security Director
To: 573173698994@s.whatsapp.net Nelson Vasqus/Medelin Security D
To: 573003105943@s.whatsapp.net Veronica Gaviria New Security Medellin
To: 14243026161@s.whatsapp.net Fbi International
To: 573195878661@s.whatsapp.net Fabian Galeano/ Medellin Asst Security Director

**Stay in the car**

| Participant | Delivered | Read | Played |
|---|---|---|---|