# Exhibit G

# Exhibit G

