# Exhibit I

# Exhibit I

# March 10, 2023

