RENE L. VALLADARES (Bar No. 11479)
Federal Public Defender
REBECCA A. LEVY
(E-Mail: Rebecca_Levy@fd.org)
Assistant Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 388-6577
Facsimile: (702) 388-6261

CUAUHTEMOC ORTEGA (CA Bar No. 257443)
Federal Public Defender
Jonathan C. Aminoff (CA Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
Adam Olin (CA Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
FEREIDOUN KHALILIAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>FEREIDOUN KHALILIAN,<br><br>             Defendant. | Case No. 2:23-cr-00222-RFB-NJK<br><br>**[PROPOSED] ORDER ADMITTING COUNSEL** |

*///*

*///*

*///*

| | |
|---|---|
| 1 | GOOD CAUSE HAYING BEEN SHOWN, IT IS HEREBY ORDERED that the |
| 2 | Office of the Federal Public Defender for the Central District of California is appointed |
| 3 | to represent Defendant Fereidoun Khalilian, and Deputy Federal Public Defenders |
| 4 | **Jonathan Aminoff** *and* **Adam Olin** are permitted to practice before this Court. |

DATED: JANUARY 3rd, 2024    By _____
                                                    HON. RICHARD F. BOULWARE II
                                                    United States District Judge

Presented by:

_____*Isl* Rebecca A. Levy_____
**Assistant Federal Public Defender**