# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>FEREIDOUN KHALILIAN,<br><br>     Defendant. | Case No. 2:23-cr-00222-RFB-NJK<br><br>**Order**<br><br>[Docket No. 45] |

Pending before the Court is the parties' stipulated protective order.  Docket No. 45.  The stipulation fails to state why the United States intends to provide to Defendant the victims' personal identifying information and Privacy Act Information despite its obligation to protect the information pursuant to the Privacy Act and the Crime Victims' Rights Act.  *See, e.g.*, 5 U.S.C. § 552a; 18 U.S.C. § 3771.  The parties also fail to explain why they cite to the California Business and Professions Code and the California Rules of Professional Conduct in this Nevada case.  *See* Docket No. 45 at 9; Docket No. 45-1 at 8.  Further, the parties' signature block has the name of a magistrate judge who is not assigned to the instant case.

Accordingly, the parties' stipulation is **DENIED** without prejudice.  Docket No. 45.  Any subsequent request must address all relevant standards and fully comply with this Court's Local Rules.

IT IS SO ORDERED.

Dated: January 30, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1