CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JONATHAN C. AMINOFF (Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
FEREIDOUN KHALILIAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FEREIDOUN KHALILIAN,<br><br>Defendant. | Case No. 23-CR-222-RFB<br><br>**UNOPPOSED MOTION TO SEAL EXHIBIT C AND D TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO SUPPRESS RECORDED TELEPHONE CALLS; DECLARATION OF COUNSEL** |

Defendant Fereidoun Khalilian, through his undersigned counsel, respectfully requests leave to file Defendant's Exhibit C and D to Defendant's Reply In Support of Motion to Suppress Recorded Telephone Calls (dkt 47) under seal. This unopposed motion is based on the attached declaration of counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 2, 2024     By  */s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
ADAM OLIN
Deputy Federal Public Defenders
Attorney for FEREIDOUN KHALILIAN

**MEMORANDUM OF POINTS AND AUTHORITIES**

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule IA 10-5(a) provides that a party may request that documents be filed under seal.

The underlying documents contain confidential personal identifying information of a non-party and the alleged victim. As such, defense counsel respectfully requests that Exhibit C and D to Defendant's Reply (dkt. 47) be filed under seal.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 2, 2024          By  */s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
ADAM OLIN
Deputy Federal Public Defenders
Attorney for FEREIDOUN KHALILIAN

1

# DECLARATION OF JONATHAN C. AMINOFF

I, Jonathan C. Aminoff, declare:

1. I am a Deputy Federal Public Defender admitted to practice in the District of Nevada. I am counsel of record for defendant Fereidoun Khalilian.

2. By this motion, I request that the Court seal Mr. Khalilian's Exhibit C and D.

3. Exhibit C and D contain confidential personal identifying information about the alleged victim and a non-party to this case.

4. On January 31, 2024, the defense publicly filed redacted versions of these documents. The redactions were done by the government at the time the documents were produced to the defense and are not subject to a protective order.

5. On February 1, 2024, Assistant United States Attorney Sara Vargas, counsel for the government in this matter, alerted me that there were several private phone numbers that were not redacted from the exhibits. Ms. Vargas indicated, via email, that she does not oppose the this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2024, in Los Angeles, California.

*/s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF

2

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JONATHAN C. AMINOFF (Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
FEREIDOUN KHALILIAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>FEREIDOUN KHALILIAN,<br><br>                Defendant. | Case No. 23-CR-222-RFB<br><br>**PROPOSED ORDER TO SEAL EXHIBIT C AND D TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO SUPPRESS RECORDED TELEPHONE CALLS** |

      GOOD CAUSE HAVING BEEN SHOWN IT IS HEREBY ORDERED that:

Mr. Khalilian's *motion* to file Exhibit C and D *under seal* is GRANTED.


DATED: February 2, 2024        By_____
                                                    HONORABLE RICHARD F. BOULWARE, II
                                                    United States District Judge


Presented by:


 /s/ Jonathan C. Aminoff
JONATHAN C. AMINOFF
Deputy Federal Public Defender