**ORD**
THE PARIENTE LAW FIRM, P.C.
MICHAEL D. PARIENTE, ESQ.
Nevada Bar No. 9469
1635 Village Center Cir., Suite 280
Las Vegas, Nevada 89134
Telephone: (702) 966-5310
Email: michael@parientelaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FEREIDOUN "FRED" KHALILIAN,<br>Defendant. | Case No. 2:23-cr-00222-RFB-NJK<br><br>**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF ATTORNEYS**<br>**Courtroom: 7C**<br>**Judge: Hon. Richard F. Boulware, II** |

**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF ATTORNEYS**

The Court, having reviewed the Stipulation for Substitution of Attorneys filed herein at ECF No. 118, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation for Substitution of Attorneys is GRANTED.

IT IS FURTHER ORDERED that MICHAEL D. PARIENTE, ESQ., of THE PARIENTE LAW FIRM, P.C., is substituted as attorney of record for Defendant FEREIDOUN "FRED" KHALILIAN in place of REBECCA A. LEVY, ESQ., and the Office of the Federal Public Defender for the District of Nevada, who are hereby relieved as counsel of record for Defendant.

IT IS FURTHER ORDERED that all further pleadings, notices, and papers in this matter be served upon MICHAEL D. PARIENTE, ESQ., THE PARIENTE LAW FIRM, P.C., 1635 Village Center Cir., Suite 280, Las Vegas, Nevada 89134.

IT IS SO ORDERED:

______________________________

HON. RICHARD BOULWARE, II

UNITED STATES DISTRICT JUDGE

DATED: 9-14-2026